# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# _____ DIVISION

**In Re:** _____ § **Case No.** _____
§
§
§ **Chapter** _____
§
_____

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

_____    _____
Debtor                                                                                       Date


_____    _____
Joint Debtor                                                                             Date

## SERVICE LIST

**Debtor**
WC Paradise Cove, LP
814 Lavaca Street
Austin, TX 78701

**Secured Parties**

AC VIP PC Marina Debt, LLC,
c/o Porter Hedges LLP
Eric M. English
1000 Main Street, 36th Floor
Houston, TX 77002

**Unsecured Creditors/Interested Parties**

City of Austin
PO Box 2267
Austin, TX 78783

Zakree Parks Chapman
610 Rolling Brook Lance
Cedar Park, TX 78613

Good Guard Security
21622 Plummer St
Los Angeles, CA 91311

Travis County WCID #17
3812 Eck Lane
Austin, TX 78734

Lower Colorado River Authority (LCRA)
P.O. Box 301142
Dallas, TX 75303

Spectrum Business
1912 Western Justice
Leander, TX 78641

Spillar Lakefront Services LLC
PO Box 60074
City of Industry, CA 91716

Texas Disposal Systems
PO Box 660816
Dallas, TX 75266

Prime Dock Supplies
5115 Hudson Ben Road
Austin, TX 78734

Reliable Boat Sales
PO Box 5466
Lago Vista, TX 76845

AC VIP Marina Debt
1119 Marina Point Drive
Strawn, TX 76475

Marina Association of Texas
P.O. Box 490
La Vernia, TX 78121

Webself Storage (EMOVE)
2727 N. Central Ave.
Phoenix, AZ 85004