## **EXHIBIT B**

**October 10, 2025 Email**

| | |
|---|---|
| **From:** | Alessandro Ciaccio <alex@globalprivateinvestors.com> |
| **Sent:** | Saturday, October 11, 2025 2:32 PM |
| **To:** | vip management |
| **Subject:** | Fw: Cashout Refi Hard Money loan |
| **Attachments:** | Paradise Cove Marina Brochure.pdf |

Helo,  Im not sure that you do any marina  financing.


PARADISE COVE MARINA

Marina Location : Lake Travis, Austin Texas
1st lien $5.3MM
Cashout Refi -50%-60%
Use of Funds.-Marina Upgrades and Repairs.
Exit Strategy- SELL

worth $15 mil.
Low 700 FICO
Needs term sheet
under Nate Paul (owner)


- Historical Operating Statements 2022-2024 and year to date **Will get the historical financials for you. The T12 financials are in the deck**
- What loan amount you need?  Is it maximum cash-out refi?  **We are seeking $7 million and need a minimum of $5.3 million as that is the amount of the outstanding debt.**
- Borrower's Net Worth? **Borrower is a single-asset entity. Sponsor has a NW of $300mm+. Seeking  a non-recourse loan on the asset since asset more than services the debt standalone.**
- How long have you owned this subject property and do you own any other assets? **Have owned the property since 2009. Yes, I own many other assets but looking for a financing on this  alone.**


PLEASE CONFIRM RECEIPT

**Alessandro Ciaccio**
*CEO, Loan Consultant*

1



*Alex@globalprivateinvestors.com*
*AlexGlobalPrivateInvestors@gmail.com*
*786-753-2082*

*http://www.globalprivateinvestors.com*

*linkedin.com/in/alessandro-ciaccio-b85561203*

*https://www.facebook.com/privatefundsfinancier/about/*

**Nationwide Lending**



"If we cant find you the source of funding, it doesn't exist"

MESSAGE CONFIDENTIALITY AND SECURITY NOTICE
=========================================

This message and/or its attachments may contain confidential and privileged information and is intended for the named person or entity to which it is addressed exclusively. If you are not the intended party please delete this message immediately.



RARE FINANCING OPPORTUNITY

# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS



# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS



## TABLE OF CONTENTS

| | |
|---|---|
| SUMMARY | 3 |
| PROPERTY OVERVIEW | 4 |
| PROPERTY PHOTOS | 5 |
| MARINA LAYOUT & RATES | 10 |
| FINANCIAL INFORMATION | 12 |
| TCAD LOCATION | 14 |
| LAKE TRAVIS MARINAS | 15 |
| LAKE TRAVIS OVERVIEW | 16 |

# *Paradise Cove Marina*

## LAKE TRAVIS, AUSTIN, TEXAS



We **are** pleased to present the rare and unique opportunity to **finance** Paradise Cove Marina, a full-service, 200 wet-slip marina on the shore of Austin's beautiful Lake Travis. The marina is located in the most highly trafficked area on Lake Travis.

Paradise Cove Marina has steady year-round cash flow potential to be made from slip rentals, which is largely a passive operation. Included in the investment is 10.575 acres for future development opportunities (multifamily, dry storage, residential or RV usage).

## *Highlights*

- Austin's premier private marina
- Most highly trafficked part of the largest lake in Central Texas
- Located on on the desired south shore of Lake Travis off Hudson Bend
- Year-round cash flow
- Current income and future upside
- 200 wet-slips with the ability to expand to 400 slips
- 7,728 lineal waterfront feet
- Includes over 240 acres of submerged land beneath Lake Travis, therefore none of the land is leased from LCRA
- 22 miles from downtown Austin
- Able to function even at the lowest water levels giving the marina a competitive advantage over it's competitors
- Conforms to the amended Highland Lakes Marina Ordinance (HLMO) standards
- Large barrier to entry due to zoning, permitting and excessive restrictions
- Covered car parking
- Breakwater
- Security gates
- Water and power at each slip
- Time Warner Cable available at each slip
- Dockside restrooms and showers
- Pump-out facility
- Boat lifts available



# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS



## Property Overview

| | |
|---|---|
| Name: | Paradise Cove Marina |
| Address: | 17141 Rocky Ridge Road<br>Austin, Travis County, Texas 78734 |
| Legal Description: | ABS 812 SUR 471 WOOD T & ABS 762 SUR 73 SYLVESTER T H & VAR SURVEYS ACR 246.815 UNDER WATER |
| Product Type: | Marina; Specialty |
| Occupancy: | 93% |
| Water Front: | 7,728 Lineal Waterfront Feet |
| Under Water: | 244.0138 AC Under Water 10,629,241.13 SF |
| Construction: | Steel frame<br>Steel roof<br>Encased foam floats<br>Wooden decks & walkways |
| Utilities: | Electric and Water: City of Austin<br>Gas: Southern Union Gas<br>Telephone: AT&T<br>Internet: Time Warner Cable |
| Power: | Varied; 30-50 AMP |

4

# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS





# Paradise Cove Marina

### LAKE TRAVIS, AUSTIN, TEXAS

## PROPERTY PHOTOS









# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS







# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS






# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS



# Paradise Cove Marina

## LAKE TRAVIS, AUSTIN, TEXAS



# Paradise Cove Marina
### LAKE TRAVIS, AUSTIN, TEXAS

## Dock Layout and Stalls
- 200 Wet-Slips
- Sailboat spaces





11

# *Paradise Cove Marina*

### LAKE TRAVIS, AUSTIN, TEXAS



## Current Asking Rates

### THE PREFERRED MARINA ON LAKE TRAVIS

Convenience is key at Paradise Cove on Lake Travis, and what's more convenient than having the option to store your boat for any amount of time?

$249/month



24 FT

Whether on Lake Travis for a mini-vacation, holiday weekend, or just an overnight stay, Paradise Cove Marina has nightly, weekly, and holiday boat slips available. Bring your boat to Paradise Cove and have some fun on Lake Travis!

$499/month



36 FT

CURRENT DAILY RATES

VARIABLE

50+ FT

$25/day – Weekday Rates

$50/day – Friday (3pm) – Sunday (3pm)

$100/day – 5 Day Rental

$100/day – Holiday Weekends



# *Paradise Cove Marina*

### LAKE TRAVIS, AUSTIN, TEXAS

## PROFORMA PROJECTED

| | |
|---|---:|
| **Total Potential Gross Revenue** | $1,676,329 |
| | |
| **Operating Expenses** | |
| Contract Services | 39,441 |
| Utilities | 17,558 |
| Repairs & Maintenance | 308,910 |
| General & Administrative | 1,440 |
| Taxes | 76,988 |
| Insurance | 280,548 |
| | |
| **Total Operating Expenses** | 724,886 |
| | |
| **Net Operating Income** | **$951,443** |



# Paradise Cove Marina

### LAKE TRAVIS, AUSTIN, TEXAS

## APRIL 2025 T-12 ACTUALS

| | |
|---|---:|
| **Total Gross Revenue** | $1,523,936 |
| | |
| **Operating Expenses** | |
| Contract Services | 38,292 |
| Utilities | 17,046 |
| Repairs & Maintenance | 299,913 |
| General & Administrative | 1,398 |
| Taxes | 74,746 |
| Insurance | 272,37 |
| **Total Operating Expenses** | $703,774 |
| | |
| **Net Operating Income** | **$820,162** |

# Paradise Cove Marina

### LAKE TRAVIS, AUSTIN, TEXAS

## MARINAS ON LAKE TRAVIS



PARADISE COVE MARINA

15

# *Paradise Cove Marina*

## LAKE TRAVIS, AUSTIN, TEXAS



## LAKE TRAVIS OVERVIEW

Lake Travis is a reservoir on the Colorado River in central Texas in the United States. The reservoir was formed in 1942 by the construction of Mansfield Dam on the western edge of Austin, Texas by the Lower Colorado River Authority. Lake Travis has the largest storage capacity of the seven reservoirs known as the Highland Lakes, and stretches 65 miles (105 km) upriver from western Travis County in a highly serpentine course into southern Burnet County to Max Starcke Dam, southwest of the town of Marble Falls. The Pedernales River, a major tributary of the Colorado River, flows into the lake from the southwest in western Travis County. The lake is used for flood control, water supply, electrical power generation and recreation.

Lake Travis is one of the most desired locations in the region for outdoor recreation, including fishing, boating, swimming, scuba diving, picnicking, camping, and zip lining. Another recreational use, nude sunbathing and swimming, is permitted in Hippie Hollow Park. This picturesque park is located near the eastern end of Lake Travis and holds the distinction of being the only legal clothing optional park in Texas. Lake Travis is generally considered one of the clearest lakes in Texas. It is a vital water supply for the nearby city of Austin, Texas and the surrounding metropolitan area.

Lake Travis is 63.75 miles long, and its maximum width is 4.5 miles. The lake covers 18,929 acres, and its capacity is 1,953,936 acre-feet. The lake is considered full at an elevation of 681.1 msl. At this elevation the lake contains 382,092,882,600 gallons of water. There are 270 miles of shoreline around the lake. It has a maximum depth of 210 and an average depth of 62 feet. The lakes historic high level is 710.4 feet msl on December 25, 1991. Its historic low level is 614.2 feet msl on August 14 1951.