# **EXHIBIT C**

**May-August 2025 Bank Statements**

17879709



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
May 01, 2025 - May 31, 2025
Page 1 of 4

Natin Paul
814 Lavaca Street
Austin TX 78701

| | |
|---|---|
| Case Number | 23-10731 |
| Case Name | WC Paradise Cove Marina, LP |
| | DEBTOR |
| Trustee Number | |
| Trustee Name | Natin Paul |
| | TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| | | $11,111.52 | $14,190.69 |
| Total | | $11,111.52 | $14,190.69 |

### TRUSTEE CHECKING                                    Account Number: 3910541240

| | | | |
|---|---|---|---|
| Enclosures | 2 | Beginning Balance | $11,111.52 |
| | | +Total Additions | $139,563.15 |
| | | -Total Subtractions | $136,483.98 |
| | | Ending Balance | $14,190.69 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 1028 | 05-14 | $3,020.00 |
| 99050125* | 05-05 | $1,033.08 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 05-05 | SPECTRUM SPECTRUM 250504 PPD 1254090 | $140.74 |
| 05-06 | WIRE TO AC VIP PC Marina Debt LLC | $48,606.38 |
| 05-08 | TEXAS DISPOSAL S AUTOPAY PPD | $1,260.12 |
| 05-08 | TEXAS DISPOSAL S AUTOPAY WEB | $1,951.47 |
| 05-12 | LCRA EBILL BILLPAY 250511 WEB | $9,885.91 |
| 05-12 | WIRE TO A M Remodeling Services L | $5,000.00 |
| 05-13 | City of Austin T PAYMENT 250509 PPD | $817.48 |
| 05-15 | RELIABLE BOAT DO SALE 250515 CCD | $1,196.29 |
| 05-15 | RELIABLE BOAT DO SALE 250515 CCD | $8,803.71 |
| 05-15 | WIRE TO Oasis Outsourcing Inflow | $30,000.00 |
| 05-19 | WIRE TO A M Remodeling Services L | $2,000.00 |
| 05-20 | WIRE TO WC South Congress Square | $9,000.00 |
| 05-28 | EMOVE COLLECTION 250524 CCD 52607413 | $44.95 |
| 05-29 | WIRE TO Oasis Outsourcing Inflow | $13,688.85 |
| 05-30 | BANK & TECH FEE | $35.00 |



**Metropolitan Commercial Bank**
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
May 01, 2025 - May 31, 2025
Page 2 of 4

## Credits

| Date | Description | Additions |
|---|---|---|
| 05-01 | WIRE FROM LAKE AUSTIN ADVENTURES | $14,210.00 |
| 05-01 | LAKE TRAVIS YACH ACH Pmt 250501 CCD | $17,685.00 |
| 05-05 | E-MOVE AFF PYMNT 250502 CCD 52396754 | $64,649.85 |
| 05-06 | E-MOVE AFF PYMNT 250505 CCD 52429389 | $2,516.37 |
| 05-06 | E-MOVE AFF PYMNT 250503 CCD 52412404 | $9,797.43 |
| 05-08 | E-MOVE AFF PYMNT 250507 CCD 52456655 | $2,424.83 |
| 05-13 | E-MOVE AFF PYMNT 250510 CCD 52487190 | $727.31 |
| 05-15 | E-MOVE AFF PYMNT 250514 CCD 52520948 | $1,489.22 |
| 05-16 | E-MOVE AFF PYMNT 250515 CCD 52530013 | $309.50 |
| 05-19 | E-MOVE AFF PYMNT 250516 CCD 52539644 | $3,804.42 |
| 05-20 | E-MOVE AFF PYMNT 250519 CCD 52562354 | $461.88 |
| 05-21 | E-MOVE AFF PYMNT 250520 CCD 52571575 | $1,081.23 |
| 05-22 | E-MOVE AFF PYMNT 250521 CCD 52580870 | $3,784.40 |
| 05-23 | E-MOVE AFF PYMNT 250522 CCD 52589801 | $1,513.79 |
| 05-27 | E-MOVE AFF PYMNT 250523 CCD 52599067 | $982.92 |
| 05-27 | WIRE FROM LAKE AUSTIN ADVENTURES | $14,125.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-01 | $43,006.52 | 05-05 | $106,482.55 | 05-06 | $70,189.97 |
| 05-08 | $69,403.21 | 05-12 | $54,517.30 | 05-13 | $54,427.13 |
| 05-14 | $51,407.13 | 05-15 | $12,896.35 | 05-16 | $13,205.85 |
| 05-19 | $15,010.27 | 05-20 | $6,472.15 | 05-21 | $7,553.38 |
| 05-22 | $11,337.78 | 05-23 | $12,851.57 | 05-27 | $27,959.49 |
| 05-28 | $27,914.54 | 05-29 | $14,225.69 | 05-30 | $14,190.69 |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
May 01, 2025 - May 31, 2025
Page 3 of 4



| | | |
|---|---|---|
| 05/14/2025 | 1028 | $3,020.00 |
| 05/14/2025 | 1028 | $3,020.00 |
| 05/05/2025 | 99050125 | $1,033.08 |
| 05/05/2025 | 99050125 | $1,033.08 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
May 01, 2025 - May 31, 2025
Page 4 of 4

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at:** banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
June 01, 2025 - June 30, 2025
Page 1 of 5

Natin Paul
814 Lavaca Street
Austin TX 78701

| | |
|---|---|
| Case Number | 23-10731 |
| Case Name | WC Paradise Cove Marina, LP DEBTOR |
| Trustee Number | |
| Trustee Name | Natin Paul TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| | | $14,190.69 | $56,793.39 |
| **Total** | | **$14,190.69** | **$56,793.39** |

## TRUSTEE CHECKING                                Account Number: 3910541240

| | | | |
|---|---|---|---|
| Enclosures | 5 | **Beginning Balance** | **$14,190.69** |
| | | +Total Additions | $133,354.90 |
| | | -Total Subtractions | $90,752.20 |
| | | **Ending Balance** | **$56,793.39** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 1029 | 06-10 | $837.12 |
| 1030 | 06-17 | $625.00 |
| 1031 | 06-16 | $625.00 |
| 1032 | 06-23 | $1,650.00 |
| 990602202* | 06-04 | $1,033.08 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 06-05 | SPECTRUM SPECTRUM 250604 PPD 2703073 | $140.74 |
| 06-06 | RELIABLE BOAT DO SALE 250606 CCD | $11,833.37 |
| 06-06 | TEXAS DISPOSAL S AUTOPAY PPD | $2,299.00 |
| 06-06 | TEXAS DISPOSAL S AUTOPAY WEB | $1,941.12 |
| 06-16 | City of Austin T PAYMENT 250612 PPD | $942.34 |
| 06-18 | WIRE TO WC South Congress Square | $20,000.00 |
| 06-24 | WIRE TO A M Remodeling Services L | $7,711.00 |
| 06-25 | EMOVE COLLECTION 250624 CCD 52910615 | $44.95 |
| 06-26 | TRAVISCO WCID 17 UTILITY 250625 WEB | $949.48 |
| 06-30 | BANK & TECH FEE | $120.00 |
| 06-30 | WIRE TO AC VIP PC Marina Debt LLC | $40,000.00 |



**Metropolitan Commercial Bank**
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
June 01, 2025 - June 30, 2025
Page 2 of 5

## Credits

| Date | Description | Additions |
| --- | --- | --- |
| 06-03 | LAKE TRAVIS YACH ACH Pmt 250603 CCD | $17,335.00 |
| 06-03 | E-MOVE AFF PYMNT 250602 CCD 52692732 | $63,136.95 |
| 06-03 | DEP 100020 | $575.00 |
| 06-04 | E-MOVE AFF PYMNT 250603 CCD 52711799 | $12,932.97 |
| 06-05 | E-MOVE AFF PYMNT 250604 CCD 52725124 | $58.45 |
| 06-06 | E-MOVE AFF PYMNT 250605 CCD 52737908 | $2,813.07 |
| 06-09 | E-MOVE AFF PYMNT 250606 CCD 52750747 | $3,587.77 |
| 06-10 | E-MOVE AFF PYMNT 250609 CCD 52778343 | $727.31 |
| 06-10 | E-MOVE AFF PYMNT 250607 CCD 52765935 | $2,424.83 |
| 06-12 | E-MOVE AFF PYMNT 250611 CCD 52799438 | $3,907.28 |
| 06-12 | DEP 100021 | $3,090.00 |
| 06-13 | E-MOVE AFF PYMNT 250612 CCD 52809280 | $2,641.37 |
| 06-16 | E-MOVE AFF PYMNT 250613 CCD 52819156 | $1,194.29 |
| 06-23 | E-MOVE AFF PYMNT 250619 CCD 52870697 | $2,267.79 |
| 06-24 | E-MOVE AFF PYMNT 250623 CCD 52902650 | $1,238.53 |
| 06-24 | E-MOVE AFF PYMNT 250621 CCD 52889672 | $1,474.29 |
| 06-27 | WIRE FROM LAKE AUSTIN ADVENTURES | $13,950.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 06-03 | $95,237.64 | 06-04 | $107,137.53 | 06-05 | $107,055.24 |
| 06-06 | $93,794.82 | 06-09 | $97,382.59 | 06-10 | $99,697.61 |
| 06-12 | $106,694.89 | 06-13 | $109,336.26 | 06-16 | $108,963.21 |
| 06-17 | $108,338.21 | 06-18 | $88,338.21 | 06-23 | $88,956.00 |
| 06-24 | $83,957.82 | 06-25 | $83,912.87 | 06-26 | $82,963.39 |
| 06-27 | $96,913.39 | 06-30 | $56,793.39 | | |



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
June 01, 2025 - June 30, 2025
Page 3 of 5





25-11963-cgb  Doc 48-4  Filed 10/14/25  Entered 10/14/25 15:16:59  Exhibit C  Pg 9 of 20

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
June 01, 2025 - June 30, 2025
Page 4 of 5

| Check Front | Check Back |
|---|---|
| Wc Paradise Cove Marina, Lp / 814 Lavaca Street / Austin TX 78701 / 5125671393 — EZNETPAY 10774-45052-25540629 — 990602202 — Jun 02, 2025 — Pay To The Order Of: Government Payments — $1,033.08 — One Thousand Thirty Three Dollars & Eight Cents — US Dollars — METROPOLITAN COMMERCIAL BANK — Pre-Authorized Check — Authorized by: /S/ Natin Paul — Memo: Property Tax Payment : 21030064cc | For Deposit only to — Cust: HAMER ENTERPRISES — Loc: Government Payments — Seq: 239 — Dep: 004424 — Location Code: 1 — IF DISHONOURED RETURN TO: <0310-0005> — Date: 2025-06-03 — Government Payments 4941716826 |
| 06/04/2025  990602202  $1,033.08 | 06/04/2025  990602202  $1,033.08 |



**Metropolitan Commercial Bank**
99 Park Ave
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
June 01, 2025 - June 30, 2025
Page 5 of 5

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
July 01, 2025 - July 31, 2025
Page 1 of 4

Natin Paul
814 Lavaca Street
Austin TX 78701

| | |
|---|---|
| Case Number | 23-10731 |
| Case Name | WC Paradise Cove Marina, LP |
| | DEBTOR |
| Trustee Number | |
| Trustee Name | Natin Paul |
| | TRUSTEE |

☏ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| | | $56,793.39 | $918.84 |
| Total | | $56,793.39 | $918.84 |

### TRUSTEE CHECKING                                     Account Number: 3910541240

| | | |
|---|---|---|
| Enclosures | 1 | |
| | Beginning Balance | $56,793.39 |
| | +Total Additions | $131,599.56 |
| | -Total Subtractions | $187,474.11 |
| | **Ending Balance** | **$918.84** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 7012025 | 07-03 | $1,033.08 |



**Metropolitan Commercial Bank**
99 Park Ave
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
July 01, 2025 - July 31, 2025
Page 2 of 4

## Debits

| Date | Description | Subtractions |
|---|---|---:|
| 07-03 | RELIABLE BOAT DO SALE 250703 CCD | $8,339.03 |
| 07-03 | WIRE TO WC South Congress Square | $65,000.00 |
| 07-07 | SPECTRUM SPECTRUM 250704 PPD 4115163 | $140.74 |
| 07-07 | TEXAS DISPOSAL S AUTOPAY PPD | $1,260.12 |
| 07-08 | PRIME DOCK SUPPL SALE 250708 CCD | $7,968.66 |
| 07-10 | TEXAS DISPOSAL S AUTOPAY WEB | $3,495.06 |
| 07-10 | PRIME DOCK SUPPL SALE 250710 CCD | $12,506.93 |
| 07-10 | WIRE TO WC South Congress Square | $35,000.00 |
| 07-11 | PRIME DOCK SUPPL SALE 250711 CCD | $1,883.55 |
| 07-11 | EMOVE COLLECTION 250710 CCD 53084702 | $2,425.00 |
| 07-11 | EMOVE COLLECTION 250710 CCD 53084703 | $3.00 |
| 07-14 | PRIME DOCK SUPPL SALE 250712 CCD | $365.29 |
| 07-15 | City of Austin T PAYMENT 250711 PPD | $1,231.06 |
| 07-18 | LCRA EBILL BILLPAY 250717 WEB | $9,885.91 |
| 07-24 | WIRE TO Oasis Outsourcing Inflow | $22,000.00 |
| 07-25 | EMOVE COLLECTION 250724 CCD 53210089 | $44.95 |
| 07-28 | WIRE TO A M Remodeling Services L | $5,000.00 |
| 07-29 | PRIME DOCK SUPPL SALE 250729 CCD | $9,771.73 |
| 07-31 | BANK & TECH FEE | $120.00 |

## Credits

| Date | Description | Additions |
|---|---|---:|
| 07-01 | LAKE TRAVIS YACH ACH Pmt 250701 CCD | $17,510.00 |
| 07-01 | DEP 100022 | $1,175.00 |
| 07-03 | E-MOVE AFF PYMNT 250702 CCD 52999327 | $69,465.55 |
| 07-07 | E-MOVE AFF PYMNT 250703 CCD 53015097 | $13,434.17 |
| 07-08 | E-MOVE AFF PYMNT 250704 CCD 53028604 | $2,516.37 |
| 07-08 | E-MOVE AFF PYMNT 250707 CCD 53056195 | $2,424.83 |
| 07-10 | E-MOVE AFF PYMNT 250709 CCD 53077145 | $3,725.22 |
| 07-11 | E-MOVE AFF PYMNT 250710 CCD 53088034 | $2,177.21 |
| 07-15 | E-MOVE AFF PYMNT 250712 CCD 53109705 | $786.30 |
| 07-16 | E-MOVE AFF PYMNT 250715 CCD 53134529 | $2,424.83 |
| 07-22 | E-MOVE AFF PYMNT 250719 CCD 53170853 | $461.88 |
| 07-23 | E-MOVE AFF PYMNT 250722 CCD 53193697 | $1,548.20 |
| 07-28 | WIRE FROM 1 LAKE AUSTIN ADVENTUR | $13,950.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 07-01 | $75,478.39 | 07-03 | $70,571.83 | 07-07 | $82,605.14 |
| 07-08 | $79,577.68 | 07-10 | $32,300.91 | 07-11 | $30,166.57 |
| 07-14 | $29,801.28 | 07-15 | $29,356.52 | 07-16 | $31,781.35 |
| 07-18 | $21,895.44 | 07-22 | $22,357.32 | 07-23 | $23,905.52 |
| 07-24 | $1,905.52 | 07-25 | $1,860.57 | 07-28 | $10,810.57 |
| 07-29 | $1,038.84 | 07-31 | $918.84 | | |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
July 01, 2025 - July 31, 2025
Page 3 of 4

07/03/2025          7012025          $1,033.08                    07/03/2025          7012025          $1,033.08



**Metropolitan Commercial Bank**
99 Park Ave 4th
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
July 01, 2025 - July 31, 2025
Page 4 of 4

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com

**Member FDIC**

Period Covered:
August 01, 2025 - August 31, 2025
Page 1 of 4

Natin Paul
814 Lavaca Street
Austin TX 78701

| | | |
|---|---|---|
| Case Number | | 23-10731 |
| Case Name | | WC Paradise Cove Marina, LP |
| | | DEBTOR |
| Trustee Number | | |
| Trustee Name | | Natin Paul |
| | | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| | | $918.84 | $2,460.32 |
| **Total** | | **$918.84** | **$2,460.32** |

## TRUSTEE CHECKING                                          Account Number: 3910541240

| | | |
|---|---|---|
| Enclosures | 1 | |
| | Beginning Balance | $918.84 |
| | +Total Additions | $119,892.60 |
| | -Total Subtractions | $118,351.12 |
| | **Ending Balance** | **$2,460.32** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 990804202 | 08-06 | $1,033.08 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 08-01 | TEXAS DISPOSAL S AUTOPAY PPD | $1,260.12 |
| 08-05 | WIRE TO WC South Congress Square | $100,000.00 |
| 08-05 | SPECTRUM SPECTRUM 250804 PPD 5869395 | $140.74 |
| 08-06 | WIRE TO Zakree Parks Chapman | $2,100.00 |
| 08-07 | TEXAS DISPOSAL S AUTOPAY WEB | $2,618.48 |
| 08-08 | WIRE TO A M Remodeling Services L | $3,000.00 |
| 08-11 | WIRE TO WC South Congress Square | $1,000.00 |
| 08-11 | TRAVISCO WCID 17 UTILITY 250808 WEB | $362.39 |
| 08-12 | City of Austin T PAYMENT 250808 PPD | $1,206.36 |
| 08-13 | WIRE TO A M Remodeling Services L | $1,000.00 |
| 08-19 | WIRE TO Zakree Parks Chapman | $2,100.00 |
| 08-21 | WIRE TO WC South Congress Square | $1,700.00 |
| 08-26 | EMOVE COLLECTION 250824 CCD 53517708 | $44.95 |
| 08-29 | BANK & TECH FEE | $35.00 |
| 08-29 | WIRE TO Zakree Parks Chapman | $750.00 |



**Metropolitan Commercial Bank**
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
August 01, 2025 - August 31, 2025
Page 2 of 4

## Credits

| Date | Description | Additions |
|---|---|---|
| 08-01 | WIRE FROM 6TH AND SAN JACINTO LL | $3,000.00 |
| 08-04 | LAKE TRAVIS YACH ACH Pmt 250804 CCD | $17,510.00 |
| 08-05 | E-MOVE AFF PYMNT 250802 CCD 53307409 | $69,375.44 |
| 08-05 | E-MOVE AFF PYMNT 250804 CCD 53326591 | $11,132.95 |
| 08-06 | E-MOVE AFF PYMNT 250805 CCD 53339597 | $2,624.70 |
| 08-07 | WIRE FROM NATIN PAUL | $3,000.00 |
| 08-08 | E-MOVE AFF PYMNT 250807 CCD 53364377 | $2,904.88 |
| 08-08 | E-MOVE AFF PYMNT 250807 CCD 53366860 | $2,424.83 |
| 08-11 | DEP 100023 | $1,150.00 |
| 08-14 | E-MOVE AFF PYMNT 250813 CCD 53421555 | $3,032.33 |
| 08-20 | E-MOVE AFF PYMNT 250819 CCD 53473585 | $461.88 |
| 08-26 | WIRE FROM NATIN PAUL | $48.28 |
| 08-29 | E-MOVE AFF PYMNT 250828 CCD 53551111 | $727.31 |
| 08-29 | WIRE FROM NATIN PAUL | $1,000.00 |
| 08-29 | WIRE FROM NATIN PAUL | $1,500.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-01 | $2,658.72 | 08-04 | $20,168.72 | 08-05 | $536.37 |
| 08-06 | $27.99 | 08-07 | $409.51 | 08-08 | $2,739.22 |
| 08-11 | $2,526.83 | 08-12 | $1,320.47 | 08-13 | $320.47 |
| 08-14 | $3,352.80 | 08-19 | $1,252.80 | 08-20 | $1,714.68 |
| 08-21 | $14.68 | 08-26 | $18.01 | 08-29 | $2,460.32 |



**Metropolitan Commercial Bank**
99 Park Ave
New York NY 10016
http://www.metropolitanbankny.com

Period Covered:
August 01, 2025 - August 31, 2025
Page 3 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Wc Paradise Cove Marina, Lp<br>814 Lavaca Street<br>Austin TX 78701<br>5125671393 | EZNETPAY®<br>10774-46343-25575538 | 990804202<br>Aug 04, 2025 | | For Deposit only to<br>account<br>Cust: HAMER ENTERPRISES<br>Loc: Government Payments<br>Seq: 113<br>Dep: 004621<br>Location Code: 1 | | |
| Pay To The Order Of: Government Payments | | $1,033.08 | | | | |
| One Thousand Thirty Three Dollars & Eight Cents.************************ US Dollars | | | | | | |
| METROPOLITAN COMMERCIAL BANK | Pre-Authorized Check<br>Authorized by: /S/ Natin Paul | | | | | |
| Memo: Property Tax Payment : 21030064cc | Your depositor has authorized this payment to payee.<br>Digital Signature on file. Payee to hold you harmless for<br>payment of this document. This document shall be<br>deposited only to the credit of payee. | | | IF DISHONOURED RETURN TO:<br><0310-0005><br>Date: 2025-08-05 | | |
| 08/06/2025 | 990804202 | $1,033.08 | | 08/06/2025 | 990804202 | $1,033.08 |



**Metropolitan Commercial Bank**
99 Park Ave
New York NY 10016
http://www.metropolitanbankny.com

Member FDIC

Period Covered:
August 01, 2025 - August 31, 2025
Page 4 of 4

**In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com**
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.



Dear Trustee/Fiduciary,

Effective July 1, 2025, Metropolitan Commercial Bank updated their Funds Availability Policy in response to changes in Federal Regulation CC.

We have enclosed the notice for your review. Please note that these changes may not affect all bankruptcy accounts. If you have any questions, please contact Stretto Banking Services at 800.634.7734.

Sincerely,
Stretto Banking Services

410 Exchange, Ste 100 Irvine CA 92602       800.634.7734       STRETTO.COM



**IMPORTANT: NOTICE REGARDING CHANGES TO FUNDS AVAILABILITY POLICY**

We have updated our Funds Availability Policy due to recent changes in Federal Regulation CC. These changes reflect inflation-adjusted dollar thresholds for when we must make deposited funds available to you for withdrawal.

**What has changed?**

Effective July 1, 2025, the specified dollar amounts for making funds available to you for withdrawal have increased as follows:

| Description | Our Amount (prior to July 1, 2025) | New Regulation CC Amount (on or after July 1, 2025) | Our Updated Amount (on or after July 1, 2025) |
|---|---|---|---|
| Minimum amount available for withdrawal by next business day for certain check deposits | $675 | $275 | $825* |
| Cash withdrawal amount | $675 | $550 | $825* |
| New account next business day availability amount for certain check deposits | $5,525 | $6,725 | $6,725 |
| Threshold for large deposits triggering extended hold periods | $5,525 | $6,725 | $6,725 |
| Threshold for accounts considered repeatedly overdrawn | $5,525 | $6,725 | $6,725 |

*As a courtesy to our clients, we have increased our amount for next-business-day availability to $825, which exceeds the minimum required amounts under Federal Regulation CC for "Minimum amount available for withdrawal by next business day for certain check deposits" and "Cash withdrawal amounts."*

**What do these changes mean for you?**

These changes may affect how quickly deposited funds are available to you for withdrawal. We encourage you to review the updated Funds Availability Policy set forth in your Deposit Account Agreement, which will be available to you on or after July 1, 2025, at https://mcbankny.com/mcb-account-disclosure.

If you have any questions or comments, please contact us at 1-800-852-7632 or visit your local branch. We appreciate your continued trust in Metropolitan Commercial Bank.