# EXHIBIT D

## Texas Central Appraisal District Appraisal

17879709

2025-15617-1 Doc#6 Received 10/14/25 Entered 10/14/25 15:16:59 Exhibit D Pg 2 of 3

# GENERAL INFO

## ACCOUNT

| | |
|---|---|
| Property ID: | 388591 |
| Geographic ID: | |
| Type: | P |
| Zoning: | |
| Agent: | |
| Legal Description: | PERSONAL PROPERTY COMMERCIAL PARADISE COVE |
| Property Use: | |

## OWNER

| | |
|---|---|
| Name: | WC PARADISE COVE MARINA LP |
| Secondary Name: | |
| Mailing Address: | 814 LAVACA ST  AUSTIN TX  78701-2316 |
| Owner ID: | 1614678 |
| % Ownership: | 100.000000 |
| Exemptions: | |

## LOCATION

| | |
|---|---|
| Address: | 17141 ROCKY RIDGE RD, AUSTIN TX 78734 |
| Market Area: | |
| Market Area CD: | |
| Map ID: | |

## PROTEST

Protest Status:
Informal Date:
Formal Date:

# VALUES

## CURRENT VALUES

| | |
|---|---:|
| Land Homesite: | $0 |
| Land Non-Homesite: | $0 |
| Special Use Land Market: | $0 |
| Total Land: | $0 |
| Improvement Homesite: | $0 |
| Improvement Non-Homesite: | $0 |
| Total Improvement: | $0 |
| Market: | $2,457,831 |
| Special Use Exclusion (-): | $0 |
| Appraised: | $2,457,831 |
| Value Limitation Adjustment (-): | $0 |
| Net Appraised: | $2,457,831 |

## VALUE HISTORY



## VALUE HISTORY

| Year | Land Market | Improvement | Special Use Exclusion | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---:|---:|---:|---:|---:|---:|
| 2025 | $0 | $0 | $0 | $2,457,831 | $0 | $2,457,831 |
| 2024 | $0 | $0 | $0 | $2,457,831 | $0 | $2,457,831 |
| 2023 | $0 | $0 | $0 | $2,457,831 | $0 | $2,457,831 |
| 2022 | $0 | $0 | $0 | $2,457,831 | $0 | $2,457,831 |
| 2021 | $0 | $0 | $0 | $2,234,392 | $0 | $2,234,392 |

## TAXING UNITS

| Unit | Description | Tax Rate | Net Appraised | Taxable Value |
|---|---|---|---|---|
| 03 | TRAVIS COUNTY | 0.375845 | $2,457,831 | $2,457,831 |
| 07 | LAKE TRAVIS ISD | 1.039700 | $2,457,831 | $2,457,831 |
| 0A | TRAVIS CENTRAL APP DIST | 0.000000 | $2,457,831 | $2,457,831 |
| 2J | TRAVIS COUNTY HEALTHCARE DISTRICT | 0.118023 | $2,457,831 | $2,457,831 |
| 52 | TRAVIS CO ESD NO 6 | 0.090399 | $2,457,831 | $2,457,831 |

DO NOT PAY FROM THIS ESTIMATE. This is only an estimate provided for informational purposes and may not include any special assessments that may also be collected. Please contact the tax office for actual amounts.

## IMPROVEMENT

## LAND

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value |
|---|---|---|---|---|---|---|

## DEED HISTORY

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|---|---|---|---|---|---|---|---|---|