# **EXHIBIT E**

## **Proposed Order**

17879709

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Case No. 25-11563** |
| | § | |
| **WC PARADISE COVE MARINA, LP** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

**ORDER GRANTING AC VIP PC MARINA DEBT, LLC'S EXPEDITED MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

Came on for consideration, the *Expedited Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion")[1] filed by AC VIP PC Marina Debt, LLC (the "Movant"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion is adequate and sufficient; and the Court having determined that the legal and factual bases set forth in the Motion establish good cause for granting the Motion at a hearing, if any, on the Motion; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

17879709

**ORDERED, ADJUDGED, AND DECREED that:**

1. The automatic stay is immediately lifted to permit the Movant to exercise all remedies available to it under its loan documents and applicable state law.

# # #

Order submitted by:

**PORTER HEDGES LLP**

Eric M. English (TX 24062714)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
eenglish@porterhedges.com

*Counsel for AC VIP PC*
*Marina Debt, LLC*

17879709