**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Case No. 25-11563** |
| | § | |
| **WC PARADISE COVE MARINA, LP** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

**AC VIP PC MARINA DEBT, LLC'S SUPPLEMENTAL WITNESS**
**AND EXHIBIT LIST FOR HEARING ON NOVEMBER 5, 2025**
[Relates to Docket Nos. 8 & 20]

AC VIP PC Marina Debt, LLC ("AC VIP"), a secured creditor of the debtor (the "Debtor") in the above-captioned bankruptcy case, files this supplemental witness and exhibit list for the hearing to be held on November 5, 2025, at 8:30 a.m. (prevailing Central Time) before the Honorable Christopher G. Bradley, at the United States Bankruptcy Court for the Western District of Texas, in Courtroom 2, 903 San Jacinto Boulevard, Austin, Texas 78701.

**WITNESSES**

AC VIP may call any of the following witnesses at the hearing:

1. Austin Cameron, Manager of AC VIP;

2. Representative of the Debtor;

3. Any witness listed, offered, or called by any other party; and

4. Any witnesses necessary to rebut the testimony of any witnesses called or designated by any other parties.

17937521

## EXHIBITS

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 21. | Affidavit of Eric M. English Regarding Fees and Expenses for Motion to Compel and the exhibit attached thereto | | | | |
| 22. | AC VIP PC Marina Debt, LLC's First Request for Production of Documents | | | | |
| 23. | Debtor's Responses to AC VIP PC Marina Debt, LLC's First Request for Production of Documents | | | | |
| 24. | Debtor's Complete Document Production as of 10/31/2025[1] | | | | |
| 25. | Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 18] | | | | |
| 26. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | |
| 27. | Any exhibit introduced by any other party | | | | |
| 28. | Rebuttal or impeachment exhibits as necessary | | | | |

---

[1] AC VIP is not filing the Debtor's document production at the request of the Debtor, who has designated the documents as "Confidential." AC VIP does not concede the documents are confidential and reserves all rights regarding the confidentiality of the documents or their use at any hearing.

17937521

AC VIP reserves its right to amend, supplement, or delete any witness and exhibits prior to the hearing. AC VIP reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

Dated: November 3, 2025.
      Houston, Texas

                                          **PORTER HEDGES LLP**

                          By:    */s/ Eric M. English*
                                Eric M. English (TX 24062714)
                                1000 Main Street, 36th Floor
                                Houston, Texas 77002
                                Telephone: (713) 226-6000
                                Fax: (713) 226-6248
                                eenglish@porterhedges.com

                                *Counsel for AC VIP PC*
                                *Marina Debt, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on November 3, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Western District of Texas.

                                        /s/ *Eric M. English*
                                        Eric M. English

17937521