# EXHIBIT 21

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 25-11563** |
| | § | |
| **WC PARADISE COVE MARINA, LP** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |
| | § | |

## AFFIDAVIT OF ERIC M. ENGLISH REGARDING FEES AND EXPENSES
## FOR MOTION TO COMPEL
[Relates No Docket Nos. 20, 21 & 22]

STATE OF TEXAS

COUNTY OF HARRIS

Before me, the undersigned authority, on this day personally appeared Eric M. English, the affiant, known by me to be the person whose name is subscribed below, and who, after being by me duly sworn, testified as follows:

1.  "My name is Eric M. English. I am over twenty-one (21) years of age, of sound mind, and competent to attest to the matters stated herein. I am a partner of Porter Hedges LLP ("*Porter Hedges*") and counsel to AC VIP PC Marina Debt, LLC ("*AC VIP*") in the above-captioned matter. As counsel to AC VIP, I have personal knowledge of the facts stated herein and they are true and correct to the best of my knowledge.

2.  On October 29, 2025, AC VIP filed *AC VIP PC Marina Debt, LLC's Emergency Motion to Compel Production of Documents* [Docket No. 20] (the "*Motion to Compel*") and the *Motion for Expedited Hearing of AC VIP PC Marina Debt, LLC's Emergency Motion to Compel Production of Documents* [Docket No. 21] (the "*Motion to Expedite*")

3.  On October 30, 2025, the Court entered its *Order Granting in Part Emergency Motion to Compel [ECF No. 20] and Granting in Part Motion for Expedited Hearing [ECF No. 21]* [Docket No. 22].

4.  Attached hereto as **Exhibit A** is a true and correct copy of the Porter Hedges invoice for work performed and expenses incurred related to the Motion to Compel and the Motion to Expedite. Attorney and paralegal time was spent drafting, revising, and filing the Motion to Compel and Motion to Expedite and seeking document production to which the Debtor had agreed.

1

5. Based on my knowledge of the work performed related to the Motion to Compel and the Motion to Expedite and the usual charges for services of this type in bankruptcy courts in Texas, the costs and fees to date are reasonable and necessary for this work."

FURTHER AFFIANT SAITH NOT.

ERIC M. ENGLISH

SUBSCRIBED AND SWORN BEFORE ME, the undersigned authority, on this 3rd day of November, 2025.

ELAINE L MORELAND
129065964
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 22, 2026

Signature of Notary Public

Elaine L. Moreland

Printed Name of Notary Public

# EXHIBIT A

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS  77210-4346

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

Page          1
Date   11/03/2025
017478-0001
Eric M. English

AC VIP Marina Debt LLC
Attn:  Austin and Jenny Cameron
16907 Rocky Ridge Road
Austin, TX  78734

TAX ID# ████

WC Paradise Cove Marina, LP

---

For Professional Services Rendered for the Time Period of October 1, 2025 through October 31, 2025.

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/28/2025 | MBD | Correspond with G. Sarda regarding motion to compel; review and revise motion to compel, draft stipulation and agreed order. | 2.10 | 1,375.50 |
| 10/28/2025 | GVS | Email E. English and M. Dearman regarding discovery production; begin drafting motion to compel and motion for expedited hearing. | 2.60 | 1,235.00 |
| 10/29/2025 | GVS | Email exchanges with E. English and M. Dearman regarding motion to compel; telephone conference with M. Dearman regarding same; incorporate M. Dearman's edits and finalize motion to compel and motion for emergency relief for filing; coordinate service of same with M. Webb and E. Garfias; attention to email exchanges regarding potential agreement with Debtor's counsel; circulate filed copies to J. Cameron and A. Cameron. | 2.10 | 997.50 |
| 10/29/2025 | EME | Review and revise motion to compel and several correspondences regarding approval and filing. | 0.90 | 765.00 |
| | | **Total Services** | **7.70** | **$4,373.00** |

1

17938250

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS  77210-4346

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

Page          2
Date   11/03/2025
017478-0001
Eric M. English

AC VIP Marina Debt LLC
Attn:  Austin and Jenny Cameron
16907 Rocky Ridge Road
Austin, TX  78734

TAX ID#  ▮▮▮▮▮

WC Paradise Cove Marina, LP

For Professional Services Rendered for the Time Period of October 1, 2025 through October 31, 2025.

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| EME | Eric M. English | Partner | 850.00 | 0.90 | $  765.00 |
| MBD | Michael B. Dearman | Associate | 655.00 | 2.10 | $1,375.50 |
| GVS | Grecia V. Sarda | Associate | 475.00 | 4.70 | $2,232.50 |
| | | **Total Services** | | **7.70** | **$4,373.00** |

**Invoice Total**                                                          **$4,373.00**

2

17938250

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS  77210-4346

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

Page          3
Date    11/03/2025
017478-0001
Eric M. English

AC VIP Marina Debt LLC
Attn:  Austin and Jenny Cameron
16907 Rocky Ridge Road
Austin, TX  78734

TAX ID# █████████

WC Paradise Cove Marina, LP

---

## REMITTANCE PAGE

**Invoice Total**                                                            **$4,373.00**

**Payment Options**

**By online ACH:**          www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, TX  77210-4346

**By wire:**

**Financial**          Amegy Bank of Texas
1801 Main Street
Houston, TX  77002

**Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# ████████

**Swift Address for International Wires:** ████████

**PORTER HEDGES LLP Operating Account:** ████████

**Reference:**  017478-0001

17938250