# EXHIBIT 23

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| WC PARADISE COVE MARINA, L.P., | § | CASE NO. 25-11563-cgb |
| | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### DEBTOR'S RESPONSES TO AC VIP PC MARINA DEBT, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

WC Paradise Cove Marina, L.P. (the "Debtor"), Debtor in the above-numbered bankruptcy case, hereby responds to the *Requests for Production of Documents* (the "Requests") of AC VIP PC Marina Debt, LLC ("AC"). These responses are based on information and/or documents currently known to the Debtor. The Debtor reserves the right to supplement these responses if additional information and/or document become known. The Debtor responds as follows:

### GENERAL OBJECTIONS

The Debtor interposes the following general objections (collectively, the "General Objections") to the Requests. These objections are made to the Requests in general, as well as each and every individual request contained therein, and are incorporated by reference into each specific response set forth below. Each individual response is therefore made subject to, and without waiver of, such general objections.

1. The Debtor objects to the Requests to the extent that they exceed the scope of permissible discovery.

2. The Debtor objects to the Requests to the extent that they seek, or may be construed as seeking, information protected from disclosure by any applicable privilege or doctrine, including, without limitation, the attorney-client privilege and/or work product doctrine. Any

inadvertent production of information protected by any privilege, doctrine, or rights shall not be deemed a waiver of the protections that those privileges, doctrines, or rights afford.

3. The Debtor objects to the Requests as vague and ambiguous to the extent that they contain terms that Debtor cannot interpret or understand. Where possible, the Debtor has made reasonable assumptions as to Debtor's intended meaning and has responded accordingly, while preserving the objections as to vagueness and ambiguity.

4. The Debtor objects to the Requests to the extent that they seek information that is protected from disclosure by rights of privacy under the United States Constitution, or under the Constitution, statutes, or other laws of the State of Texas. The Debtor further objects to the Requests to the extent that they seek confidential business information or other information that is confidential, proprietary and/or protected from disclosure as trade secrets pursuant to state common law and/or state and federal statutes. The Debtor will not disclose such information.

5. The Debtor objects to the Requests to the extent that they seek information that is already in the possession, custody, or control of Defendants or readily available to Defendants from other sources.

6. The Debtor objects to the Requests to the extent that they are cumulative and/or duplicative of one another.

7. The Debtor objects to the Requests to the extent that they require answers beyond those required by the Federal Rules of Civil Procedure or the Federal Rules of Bankruptcy Procedure.

8. The Debtor objects to the "Definitions" section of the Requests to the extent that they seek to impose a form or manner of response in addition to or different than that required by

the Federal Rules of Civil Procedure, including without limitation the general instructions on supplementation of answers and claims of privilege.

9. The Debtor reserves the right to revise, correct, add to or clarify any of these answers.

Each of the answers set forth below incorporates without further reference each of the above General Objections.

## RESPONSES TO REQUESTS

**Request for Production No. 1:** All Documents and Communications during the Relevant Period related to any potential refinancing of the indebtedness evidenced by the Note, including without limitation any term sheets and draft loan documents with any party.

**Response:** The Debtor objects to this request to the extent is request documents or communications that the Debtor is restricted from disclosing due to contractual non-disclosure obligations. The Debtor objects to this request as seeking the production of documents subject to the attorney-client privilege and work product privilege. The Debtor further objects because this Request is overly broad and unduly burdensome, lacks reasonable specificity, and is designed to harass the Debtor with unnecessary document production. Subject to the foregoing objections the Debtor is producing responsive documents.

**Request for Production No. 2:** All Documents and Communications during the Relevant Period with or related to Global Private Investors or Alessandro Ciaccio, including without limitation any engagement letters or other agreements or information provided by the Debtor to Global Private Investors or Global Private Investors to the Debtor.

**Response:** There are no responsive documents or communications to this request. The Debtor has never had contact with these parties.

**Request for Production No. 3:** All Documents and Communications during the Relevant Period related to any potential sale of the Property, including without limitation any offers received, term sheets, or draft agreements.

**Response:** The Debtor objects to this request to the extent is request documents or communications that the Debtor is restricted from disclosing due to contractual non-disclosure obligations. The Debtor objects to this request as seeking the production of documents subject to the attorney-client privilege and work product privilege. The Debtor further objects because this Request is overly broad and unduly burdensome, lacks reasonable specificity, and is designed to harass the Debtor with unnecessary document production. The Debtor shall produce documents and communications responsive within the objections articulated herein.

**Request for Production No. 4:** All Documents and Communications during the Relevant Period related to the maintenance, repair, or inspection of the marina or improvements on the Property..

  **Response:** The Debtor objects to this request as seeking the production of documents subject to the attorney-client privilege and work product privilege. The Debtor further objects because this Request is overly broad and unduly burdensome, lacks reasonable specificity, and is designed to harass the Debtor with unnecessary document production. The documents contain confidential information. Subject to the foregoing objections the Debtor is producing responsive documents.

Dated: October 31, 2025.

              Respectfully submitted,

              HAYWARD PLLC

              By: /s/ *Ron Satija*
              Ron Satija
              State Bar No. 24039158
              7600 Burnet Road, Suite 530
              Austin, TX 78757
              (737) 881-7102 (Phone/Fax)
              rsatija@haywardfirm.com
              COUNSEL FOR DEBTOR