# EXHIBIT 24

## Paradise Cove Document Production