# EXHIBIT 25

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration___Statement of Financial Affairs_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/21/2025___      ✗ *[signature]*_____
MM / DD / YYYY              Signature of individual signing on behalf of debtor

Natin Paul
_____
Printed name
President
_____
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name __WC Paradise Cove Marina, LP__

United States Bankruptcy Court for the: __Western__ District of __TX__
(State)

Case number (If known): __25-11563-cgb__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Metropolitan Bank | Checking | 1240 ___ ___ ___ | $ 89,144.20 |
| 3.2. ` | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1** $ 89,144.20

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____ $_____
   7.2. _____ $_____

**Fill in this information to identify the case:**

Debtor name ___WC Paradise Cove Marina, LP___

United States Bankruptcy Court for the: ___Western___ District of ___TX___
(State)

Case number (If known): ___25-11563-cgb___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name
___AC VIP PC Marina Debt, LLC___

Describe debtor's property that is subject to a lien
_____

$ ___4,783,891.00___    $ ___8,000,000.00___

Creditor's mailing address
___1119 Marina Point Dr.___
___Strawn, TX 76475___

Describe the lien
___Lender___

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred ___4/23/2015___

As of the petition filing date, the claim is:
Check all that apply.

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**2.2** Creditor's name
___Johnson & Starr___

Describe debtor's property that is subject to a lien
_____

$ ___75,682.54___    $ _____

Creditor's mailing address
___3432 Greystone Dr, Ste 200___
___Austin, TX 78731___

Describe the lien
___Vendor-tax loan___

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

As of the petition filing date, the claim is:
Check all that apply.

Last 4 digits of account number ___ ___ ___ ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ ___4,934,855.07___

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) 25-11563-cgb |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name
Travis County-2024 tax balance

**Describe debtor's property that is subject to a lien**

$ 75,281.53      $_____

Creditor's mailing address
Tax Office
PO Box 149328, Austin, TX 78714

**Describe the lien**
Property tax balance-2024 taxes

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** Creditor's name

**Describe debtor's property that is subject to a lien**

$_____      $_____

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | WC Paradise Cove Marina, LP | Case number (*if known*) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Insurance Policy - 8/30/25-8/30/26     $     24,681.25

8.2.     $     24,681.25

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $     24,681.25

---

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **11. Accounts receivable** | | |
| 11a. 90 days old or less: 3,100.00 face amount — doubtful or uncollectible accounts = ➜ | | $ 3,100.00 |
| 11b. Over 90 days old: 730140.64 face amount — doubtful or uncollectible accounts = ➜ | | $ 730,140.64 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $     733,240.64

---

### Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:      % of ownership: | | |
| 15.1. _____ % | | $ |
| 15.2. _____ % | | $ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $     0.00

---

| Debtor | WC Paradise Cove Marina, LP | | | Case number *(if known)* 25-11563-cgb |
|---|---|---|---|---|
| | Name | | | |

---

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **23. Total of Part 5** Add lines 19 through 22. Copy the total to line 84. | ✔ | | | $_____ 0.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

---

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* 25-11563-cgb |
|---|---|---|
| | Name | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* 25-11563-cgb |
|---|---|---|
| | Name | |

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | | $_____ |

51.  **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

| Debtor | WC Paradise Cove Marina, LP | Case number _(if known)_ 25-11563-cgb |
|---|---|---|
| | Name | |

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 17141 Rocky Ridge Rd, Austin | Fee Simple | $ 1,000,000.00 | | $ 8,000,000.00 |
| 55.2 TX< 78734 (Approximate estimate | | $ | | $ |
| 55.3 of value by Debtor as of 2/21/24 | | $ | | $ |
| 55.4 for purposes of the Debtor's | | $ | | $ |
| 55.5 Disclosure Statement | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 8,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☑ No. Go to Part 11.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

---

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) 25-11563-cgb |
|--------|------------------------------|--------------------------------------|
| | Name | |

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|--|------------------------------------|

**71. Notes receivable**

Description (include name of obligor)

_____ − _____ = → $_____ 0.00
Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year _____ | $_____ 0.00 |
| | Tax year _____ | $_____ 0.00 |
| | Tax year _____ | $_____ 0.00 |

**73. Interests in insurance policies or annuities**

_____   $_____ 0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Harris County District Court-Amount unknown   $_____ 0.00

Nature of claim     Intervener

Amount requested   $_____ 0.00

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____ 0.00

Nature of claim   _____

Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____   $_____ 0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Floating docks at marina-Amount unknown   $_____ 0.00

   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* 25-11563-cgb |
|---|---|---|
| | Name | |

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 89,144.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 24,681.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 733,240.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➔ | | $ 8,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 847,066.09 | + 91b. $ 8,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................  $ 8,847,066.09

---

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | WC Paradise Cove Marina, LP |
| United States Bankruptcy Court for the: | Western District of TX |
| | (State) |
| Case number (if known) | 25-11563-cgb |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____ $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

## Part 1. | Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

2.__ Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

2.__ Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

2.__ Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

2.__ Priority creditor's name and mailing address

$_____  $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor _____ Case number *(if known)* _____
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** 
**Nonpriority creditor's name and mailing address**
City of Austin
PO Box 2267
Austin, TX 78783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 1,254.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** 
**Nonpriority creditor's name and mailing address**
Good Guard Security
21622 Plummer St
Los Angeles, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 4,082.93

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** 
**Nonpriority creditor's name and mailing address**
Johnson & Starr
3432 Greystone Dr., Ste 200
Austin, TX 78731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 1,023.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** 
**Nonpriority creditor's name and mailing address**
Swingle & Collins
13760 Noel Rd., Ste 600
Dallas, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 5,491.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** 
**Nonpriority creditor's name and mailing address**
Texas Disposal
PO Box 674090
Dallas, TX 75267-4090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 2,615.72

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** 
**Nonpriority creditor's name and mailing address**
Travis County WCID #17
3812 Eck Lane
Austin, TX 78734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 132.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____  Case number *(if known)* _____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.___ **Nonpriority creditor's name and mailing address**
Zakree Parks Chapman
610 Rolling Brook Lane
Cedar Park, TX 78613

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____ vendor

$ _____ 1,500.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __
Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**
See attached security deposit list

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __
Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __
Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __
Is the claim subject to offset?
☐ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __
Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____  Case number (if known) _____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. IRS-Centralized Insolvency Office<br>PO Box 7346 | Line ____<br>☒ Not listed. Explain _____<br>IRS | __ __ __ __ |
| 4.2. US Attorney General-DOG<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | Line ____<br>☒ Not listed. Explain _____<br>US Attorney General | __ __ __ __ |
| 4.3. US Trustee<br>903 San Jacinto, Ste 230<br>Austin, TX 78701 | Line ____<br>☒ Not listed. Explain _____<br>US Trustee | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
        Name

Case number *(if known)* _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____
            Name

Case number (if known)_____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 85,228.74 |
| 5c. **Total of Parts 1 and 2**<br> Lines 5a + 5b = 5c. | 5c. | $ _____ 85,228.74 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | WC Paradise Cove Marina, LP |
| United States Bankruptcy Court for the: | Western     District of   TX <br> (State) |
| Case number (If known): | 25-11563-cgb     Chapter   11 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest    See attached security deposit list | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract | |

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

<div style="background:black"></div> **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

| Customer Name | Address | Slip | Deposit |
|---|---|---|---|
| Alexander, Camille | 335 Baker LN<br>Leander, Texas 78641 | E08 | $850.00 |
| Alley, David | 807 Catalina Lane<br>Austin, Texas 78737 | F04 | $525.00 |
| ATX Party Boats, Kendrick Norton | 11502 Big Trail Cove<br>AUSTIN, Texas 78759 | B12 | $500.00 |
| ATX Party Boats, Kendrick Norton | 4509 Beaver Creek Dr<br>Austin, Texas 78759 | D03 | $0.00 |
| ATX Party Boats, Kendrick Norton | 11502 Big Trail CV<br>AUSTIN, Texas 78759 | D05 | $750.00 |
| ATX Party Boats, Kendrick Norton | 4509 Beaver Creek Dr<br>Austin, Texas 78759 | D06 | $0.00 |
| ATX Party Boats, Kendrick Norton | 4509 Beaver Creek Dr<br>Austin, Texas 78759 | D07 | $550.00 |
| ATX Party Boats, Kendrick Norton | 4509 Beaver Creek Drive<br>AUSTIN, Texas 78759 | D08 | $500.00 |
| ATX Party Boats, Kendrick Norton | 4509 Beaver Creek Dr<br>Austin, Texas 78759 | D15 | $550.00 |
| ATX Party Boats, Kendrick Norton | 4509 Beaver Creek Dr<br>Austin, Texas 78759 | D16 | $550.00 |
| ATX Party Boats, Kendrick Norton | 4509 Beaver Creek Dr<br>Austin, Texas 78759 | D22 | $550.00 |
| Austintini, LLC, Luis & Carolina Gonzalez | 1819 St. James Place  2nd Floor<br>Houston, Texas 77056 | A08 | $1,000.01 |
| Bonilla, Steven | 701 Center Ridge Drive<br>Auatin, Texas 78753 | H07 | $425.00 |
| Brandt Alcala, Pedro | 4620 FM 2673<br>Canyon Lake, Texas 78133 | F12 | $500.00 |
| Brandt Alcala, Pedro | 4620 FM 2673<br>Canyon Lake, Texas 78133 | F14 | $500.00 |
| Coccia, Andrew | 18207 Lura Lane<br>Jonestown, Texas 78645 | ET | $850.00 |
| Coccia, Andrew | 18207 Lura Lane<br>Jonestown, Texas 78645 | C18 | $900.00 |
| Coccia, Andrew | 18207 Lura Lane<br>Jonestown, Texas 78645 | G12 | $460.00 |
| Coccia, Andrew | 18207 Lura Lane<br>Jonestown, Texas 78645 | G14 | $460.00 |
| Coccia, Andrew | 18207 Lura Lane<br>Jonestown, Texas 78645 | G15 | $500.00 |
| Coccia, Andrew | 18207 Lura Lane<br>Jonestown, Texas 78645 | G16 | $460.00 |
| Cope, Jacob | 300 Lake View Drive<br>Spicewood, Texas 78669 | G04 | $325.00 |
| Cope, Jacob | 300 Lake View Drive | G06 | $325.00 |

|  |  |  |  |
|---|---|---|---|
|  | Spicewood, Texas 78669 |  |  |
| Cope, Jacob | 300 Lake View Drive | UNA1 | $650.00 |
|  | Spicewood, Texas 78669 |  |  |
| Corbin Cornwell, Philip Dudley | 1414 Thistlewood LN | D11 | $875.00 |
|  | grapevine, Texas 76051 |  |  |
| Corbin Cornwell, Philip Dudley | 516 E Slaughter LN APT 204 | D18 | $875.00 |
|  | Austin, Texas 78744 |  |  |
| Corbin Cornwell, Philip Dudley | 516 E Slaughter LN APT 204 | D19 | $850.00 |
|  | Austin, Texas 78744 |  |  |
| Corbin Cornwell, Philip Dudley | 1414 Thistlewood LN | D21 | $805.00 |
|  | grapevine, Texas 76051 |  |  |
| Cornwell, Corbin | 15204 Barrie Drive | A04 | $1,000.00 |
|  | Austin, Texas 78734 |  |  |
| Cornwell, Corbin | 15204 Barrie Drive | D01 | $875.00 |
|  | Austin, Texas 78734 |  |  |
| Cornwell, Corbin & Stephen | 15204 Barrie Drive | A01 | $1,275.00 |
|  | Austin, Texas 78734 |  |  |
| Cornwell, Corbin & Stephen | 15204 Barrie Drive | B09 | $525.00 |
|  | Austin, Texas 78734 |  |  |
| Cornwell, Corbin & Stephen | 15204 Barrie Drive | E05 | $850.00 |
|  | Austin, Texas 78734 |  |  |
| Cornwell, Corbin & Stephen | 15204 Barrie Drive | E09 | $850.00 |
|  | Austin, Texas 78734 |  |  |
| Cornwell, Corbin & Stephen | 15204 Barrie Drive | E10 | $725.00 |
|  | Austin, Texas 78734 |  |  |
| Cota, Jason | 5548 Bellissima Way | G13 | $500.00 |
|  | Round Rock, Texas 78665 |  |  |
| Coward, Bryan | 17272 Rocky Ridge Road | BT | $600.00 |
|  | Austin, Texas 78734 |  |  |
| Davis, Shawn | 11206 Tom Sassman Road | DT | $0.00 |
|  | Austin, Texas 78747 |  |  |
| Davis, Shawn | 7301 N FM 620, Suite 155-168 | UNC1 | $500.00 |
|  | Austin, Texas 78726 |  |  |
| Davis-Weide, Brian Weide & Shawn Davis | 11206 Tom Sassman Road | C07 | $500.00 |
|  | Austin, Texas 78726 |  |  |
| Dickinson, Blake | 17137 Rocky Ridge Road | B04 | $425.00 |
|  | Austin, Texas 78734 |  |  |
| Dickinson, Blake | 17137 Rocky Ridge Road | B10 | $650.00 |
|  | Austin, Texas 78734 |  |  |
| Dickinson, Blake | 17137 Rocky Ridge Road | B11 | $525.00 |
|  | Austin, Texas 78734 |  |  |
| Dickinson, Blake | 17137 Rocky Ridge Road | D14 | $650.00 |
|  | Austin, Texas 78734 |  |  |
| Dickinson, Blake | 17137 Rocky Ridge Road | D17 | $850.00 |
|  | Austin, Texas 78734 |  |  |
| Dickinson, Blake | 17137 Rocky Ridge Road | D20 | $500.00 |
|  | Austin, Texas 78734 |  |  |

| | | | |
|---|---|---|---|
| Dismukes, Brandon | 16103 Awalt Drive<br>Austin, Texas 78734 | F26 | $500.00 |
| Dreyfus, David | 417 Frantail Loop  B<br>Lakeway, Texas 78734 | GT | $1,000.00 |
| Dreyfus, David | 417 Frantail Loop  B<br>Lakeway, Texas 78734 | A05 | $700.00 |
| Fanoun, Zaid | 115 W Squantum Street<br>Quincy, Massachusetts 78653 | G24 | $525.00 |
| Fanoun, Zaid | 115 W Squantum Street<br>Quincy, Massachusetts 78653 | G26 | $525.00 |
| Ferguson, Jeramy | 3012 Spotted Wolf Trail<br>Austin, Texas 78734 | F21 | $500.00 |
| Ferguson, Jeramy | 3012 Spotted Wolf Trail<br>Austin, Texas 78734 | F23 | $500.00 |
| Ferguson, Jeramy | 3012 Spotted Wolf Trail<br>Austin, Texas 78734 | F25 | $525.00 |
| Ferguson, Jeramy | 3012 Spotted Wolf Trail<br>Austin, Texas 78734 | F27 | $500.00 |
| Ferguson, Jeramy | 3012 Spotted Wolf Trail<br>Austin, Texas 78734 | UNB1 | $775.00 |
| Fernandez, Alex & Ana | 11900 Gaelic Drive<br>Austin, Texas 78754 | F02 | $500.00 |
| Fernandez, Alex & Ana | 11900 Gaelic Drive<br>Austin, Texas 78754 | G02 | $520.00 |
| Fisher, Kris | 15204 Nightingale LN<br>Austin, Texas 78734 | D09 | $0.00 |
| Foster-Queener, Carolyn | 2713 Sebring Circle<br>Austin, Texas 78747 | H02 | $525.00 |
| GREEN, JONATHAN | 5045 Lansing Drive<br>Austin, Texas 78704 | F11 | $325.00 |
| GREEN, JONATHAN | 5045 Lansing Drive<br>Austin, Texas 78704 | F13 | $0.00 |
| Green, Meagan | 3012 Spotted Wolf Trail<br>Austin, Texas 78734 | F24 | $500.00 |
| GREEN, MEAGAN | 3012 Spotted Wolf Trail<br>AUSTIN, Texas 78734 | F17 | $500.00 |
| Herrera, Gabriel | 2918 Ranch Road 620 N  281<br>Austin, Texas 78734 | G09 | $525.00 |
| Jones, Jordan | 1401 Little Elm Trail  222<br>Cedar Park, Texas 78613 | F28 | $525.00 |
| KOTZUR, JERRAD | 3501 VALLEY PIKE RD<br>CEDAR PARK, Texas 78613 | F08 | $0.00 |
| Lake Austin Adventures LLC dba Keep Austin Wet, San | PO Box 152757<br>AUSTIN, Texas 78715 | B03 | $250.00 |
| Lake Austin Adventures LLC dba Keep Austin Wet, San | PO Box 152757<br>AUSTIN, Texas 78715 | B13 | $250.00 |
| Lake Austin Adventures LLC dba Keep Austin Wet, San | PO Box 152757 | C04 | $500.00 |

| | AUSTIN, Texas 78715 | | |
|---|---|---|---|
| Lake Austin Adventures LLC dba Keep Austin Wet, Sar | PO Box 152757 | C05 | $550.00 |
| | AUSTIN, Texas 78715 | | |
| Lake Austin Adventures LLC dba Keep Austin Wet, Sar | PO Box 152757 | C15 | $650.00 |
| | AUSTIN, Texas 78715 | | |
| Lake Austin Adventures LLC dba Keep Austin Wet, Sar | PO Box 152757 | E04 | $0.00 |
| | AUSTIN, Texas 78715 | | |
| Lake Austin Adventures LLC dba Keep Austin Wet, Sar | PO Box 152757 | F09 | $250.00 |
| | AUSTIN, Texas 78715 | | |
| Lake Austin Adventures LLC dba Keep Austin Wet, Sar | PO Box 152757 | G17 | $250.00 |
| | AUSTIN, Texas 78715 | | |
| Lake Austin Adventures LLC dba Keep Austin Wet, Sar | PO Box 152757 | G19 | $250.00 |
| | AUSTIN, Texas 78715 | | |
| Lake Austin Adventures LLC dba Keep Austin Wet, Sar | PO Box 152757 | G21 | $500.00 |
| | AUSTIN, Texas 78715 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | A06 | $800.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | A07 | $850.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | B02 | $300.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | C06 | $500.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | C08 | $500.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | C11 | $550.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | H10 | $325.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | H12 | $250.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | H14 | $325.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | H16 | $250.00 |
| | ROUND ROCK, Texas 78665 | | |
| Lake Travis Yacht Rentals, Jason Krohn | 1315 Ridgefield LOOP | H18 | $325.00 |
| | ROUND ROCK, Texas 78665 | | |
| LAKE TRAVIS YACHT RENTALS, JASON KROHN | 1315 Ridgefield LOOP | B14 | $500.00 |
| | ROUND ROCK, Texas 78665 | | |
| LAKE TRAVIS YACHT RENTALS, JASON KROHN | 1315 Ridgefield LOOP | C02 | $550.00 |
| | ROUND ROCK, Texas 78665 | | |
| LAKE TRAVIS YACHT RENTALS, JASON KROHN | 1315 Ridgefield LOOP | C09 | $725.00 |
| | ROUND ROCK, Texas 78665 | | |
| LAKE TRAVIS YACHT RENTALS, JASON KROHN | 1315 Ridgefield LOOP | C10 | $725.00 |
| | ROUND ROCK, Texas 78665 | | |
| LAKE TRAVIS YACHT RENTALS, JASON KROHN | 1315 Ridgefield LOOP | C12 | $550.00 |
| | ROUND ROCK, Texas 78665 | | |

| | | | |
|---|---|---|---|
| LAKE TRAVIS YACHT RENTALS, JASON KROHN | 1315 Ridgefield LOOP<br>ROUND ROCK, Texas 78665 | C13 | $850.00 |
| LAKE TRAVIS YACHT RENTALS, JASON KROHN | 1315 Ridgefield LOOP<br>ROUND ROCK, Texas 78665 | C14 | $550.00 |
| Ledbetter, Royce & Sophia | 384 Vally Star Drive<br>CANYON LAKE, Texas 78133 | C01 | $700.00 |
| LUTOSTANSKI, JOHN | 208 VARCO DR<br>AUSTIN, Texas 78738 | G10 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H09 | $250.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H11 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H13 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H15 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H17 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H19 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H20 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H21 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H22 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H23 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H24 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H25 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H26 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H27 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | H28 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | HT1 | $0.00 |
| Luxury Boat Rentals LLC, Matt Rinella | 17187 Rocky Ridge Road<br>AUSTIN, Texas 78734 | HB1A | $0.00 |
| Marandola, Philip | 5402 Top of the Trail Cove<br>Austin, Texas 78734 | E07 | $850.00 |
| Marandola, Philip | 5402 Top of the Trail Cove<br>Austin, Texas 78734 | F19 | $525.00 |
| Mcclelland, William | 5604 Preswyck Drive | B06 | $425.00 |

| | AUSTIN, Texas 78723 | | |
|---|---|---|---|
| Medina, Jamason | 300 E Riverside Drive<br>Austin, Texas 78704 | A03 | $1,000.00 |
| Munoz, Francisco J | 11625 Quarter Horse Trail<br>Austin, Texas 78750 | UNC3 | $250.00 |
| Rielly, Mat | 3105 Long Day Drive<br>Austin, Texas 78759 | H01 | $525.00 |
| Rincon, Benedicto | 16100 Webb LN  42<br>Austin, Texas 78734 | H04 | $500.00 |
| RISHA, KIRK | 9801 Tree Bend Cv<br>AUSTIN, Texas 78750 | B08 | $0.00 |
| ROCHE, JOSEPH & LAURA | 15000 CORDERO DRIVE<br>AUSTIN, Texas 78717 | G23 | $175.00 |
| Santos Ramirez, Lake Austin Adventures, LLC | 1902 Platte Pass<br>AUSTIN, Texas 78734 | D02 | $400.00 |
| Santos Ramirez, Lake Austin Adventures, LLC | 1902 Platte Pass<br>AUSTIN, Texas 78734 | E03 | $500.00 |
| Santos Ramirez, Lake Austin Adventures, LLC | 1902 Platte Pass<br>AUSTIN, Texas 78734 | E06 | $850.00 |
| Santos Ramirez, Lake Austin Adventures, LLC | 1902 Platte Pass<br>AUSTIN, Texas 78734 | UNE1 | $825.00 |
| Santos Ramirez, Lake Austin Adventures, LLC | 1902 Platte Pass<br>AUSTIN, Texas 78734 | UNE2 | $825.00 |
| Schmidlin, Kenneth | 2405 Dakota Dunes Ct<br>Pflugerville, Texas 78660 | G05 | $275.00 |
| Schmidlin, Kenneth | 2405 Dakota Dunes Ct<br>Pflugerville, Texas 78660 | G07 | $250.00 |
| Schmidt, David | 8812 Springmail Circle  B<br>Leander, Texas 78641 | F05 | $500.00 |
| Schmitt, Stacy & Chris | 1209 Alpine Mountain Drive<br>Leander, Texas 78641 | C03 | $850.00 |
| Shearer, Matthew | 2511 W Braker LN APT 440<br>Austin, Texas 78758 | C17 | $850.00 |
| Shearer, Matthew | 2511 W Braker LN APT 440<br>Austin, Texas 78758 | D13 | $850.00 |
| Shipp, David & Megan | 2108 Quiet Stables Circle<br>Cedar Parkk, Texas 78613 | F15 | $525.00 |
| Sisul, Beau | 10600 Glass Mountain Trail<br>Austin, Texas 78750 | B07 | $500.00 |
| Sisul, Beau | 10600 Glass Mountain Trail<br>Austin, Texas 78750 | D04 | $500.00 |
| Sisul, Beau | 10600 Glass Mountain Trail<br>Austin, Texas 78750 | D10 | $500.00 |
| Sisul, Beau | 10600 Glass Mountain Trail<br>Austin, Texas 78750 | D12 | |
| Smith, Gregory M | 3037 Columbus Loop<br>Round Rock, Texas 78665 | C16 | $500.00 |

| | | | |
|---|---|---|---|
| Smith, Gregory M | 3037 Columbus Loop<br>Round Rock, Texas 78665 | G28 | $525.00 |
| STUTZ, KEVIN | 6706 W COURTYARD<br>AUSTIN, Texas 78730 | F07 | $0.00 |
| TALJE, CHAFIC | 12042 Miramar Shores Drive<br>Houston, Texas 77065 | G08 | $500.00 |
| TEMPORARY, TEMPORARY | 17141 ROCKY RIDGE RD<br>AUSTIN, Texas 78734 | TEMP1 | $0.00 |
| URIEGAS, Veronica | 4708 Timberline Drive<br>AUSTIN, Texas 78746 | A02 | $0.00 |
| vizcarra, miguel | 3571 Far West Boulevard<br>Austin, Texas 78731 | H06 | $500.00 |
| vizcarra, miguel | 3571 Far West Boulevard<br>Austin, Texas 78731 | H08 | $525.00 |
| Whitis, Eric | 10204 Thomas Lane<br>Dripping Springs, Texas 78670 | G22 | $500.00 |
| Whitis, Eric | 10204 Thomas Lane<br>Dripping Springs, Texas 78670 | G25 | $500.00 |
| Winn, Jason | 8701 W. Parmer Lane  15331<br>Austin, Texas 78729 | B01 | $525.00 |
| Winn, Jason | 8701 W. Parmer Lane  15331<br>Austin, Texas 78729 | B05 | $500.00 |
| Winn, Jason | 8701 W. Parmer Lane  15331<br>Austin, Texas 78729 | H03 | $500.00 |
| Winn, Jason | 8701 W. Parmer Lane  15331<br>Austin, Texas 78729 | H05 | $500.00 |

**TOTAL SECURITY DEPOSITS**      $69,130.01

**Fill in this information to identify the case:**

Debtor name    WC Paradise Cove Marina, LP

United States Bankruptcy Court for the:   Western    District of   TX
                                                             (State)

Case number (If known):   25-11563-cgb

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| **2.1**   Natin Paul | 814 Lavaca St.<br>Street<br><br>_____ 78701<br>City   State   ZIP Code | _____ | ☒ D<br>☒ E/F<br>☒ G |
| **2.2**   Crestone Prop Group | 814 Lavaca St.<br>Street<br><br>Austin   TX   78701<br>City   State   ZIP Code | _____ | ☒ D<br>☑ E/F<br>☑ G |
| **2.3**   _____ | Street<br><br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.4**   _____ | Street<br><br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.5**   _____ | Street<br><br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.6**   _____ | Street<br><br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number (if known)_____
      Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___  _____ | Street _____<br>_____<br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __WC Paradise Cove Marina, LP__

United States Bankruptcy Court for the: __Western__ District of __TX__
(State)

Case number (If known): __25-11563-cgb__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................... $ __8,000,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................... $ __847,066.09__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................... $ __8,847,066.09__

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................ $ __4,934,855.07__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................... $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..................................... + $ __85,228.74__

4. **Total liabilities**....................................................................................................
   Lines 2 + 3a + 3b $ __5,020,083.81__

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     __WC Paradise Cove Marina, LP__

United States Bankruptcy Court for the: ___Western___    District of ___TX___
                                                               (State)

Case number (If known): ___25-11563-cgb___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date | From 01/01/2025<br>MM / DD / YYYY | to Filing date | ☒ Operating a business<br>☐ Other _____ | $ 1,239,127.53 |
| For prior year: | From 01/01/2024<br>MM / DD / YYYY | to 12/31/2024<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,405,184.84 |
| For the year before that: | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,018,098.67 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | To be supplemented<br>Creditor's name<br><br>Street<br><br>City State ZIP Code | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City State ZIP Code | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | To be supplemented<br>Insider's name<br><br>Street<br><br>City State ZIP Code<br><br>**Relationship to debtor** | _____ | $_____ | _____ |
| 4.2. | Insider's name<br><br>Street<br><br>City State ZIP Code<br><br>**Relationship to debtor** | _____ | $_____ | _____ |

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| | City          State          ZIP Code | | | |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | To be supplemented | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | | | Street | |
| | | | | |
| | | | City          State          ZIP Code | |

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name _____ Street _____ City          State      ZIP Code | _____ **Case title** _____ **Case number** _____ **Date of order or assignment** _____ | $_____ **Court name and address** _____ Name _____ Street _____ City         State      ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name _____ Street _____ City          State      ZIP Code **Recipient's relationship to debtor** _____ | _____ _____ | _____ | $_____ |
| 9.2. _____ Recipient's name _____ Street _____ City          State      ZIP Code **Recipient's relationship to debtor** _____ | | | $_____ |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| To be supplemented | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ _____ | _____ | _____ | $_____ |

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State       ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City            State       ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** | _____ | | |
| | _____ | | | |

---

25-11563-cgb

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer?<br><br>To be supplemented | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____<br>Street | | | |
| | _____<br>City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer?<br><br>_____ | _____<br>_____ | _____ | $_____ |
| | **Address** | | | |
| | _____<br>Street | | | |
| | _____<br>City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7: Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____<br>Street | From _____ To _____ |
| | _____<br>City          State          ZIP Code | |
| 14.2. | _____<br>Street | From _____ To _____ |
| | _____<br>City          State          ZIP Code | |

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

---

**Part 8:**  **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City    State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | _____<br>_____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City    State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**  **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

 Does the debtor have a privacy policy about that information?

 ☐ No

 ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

 Yes. Does the debtor serve as plan administrator?

 ☐ No. Go to Part 10.

 ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

 Has the plan been terminated?

 ☐ No

 ☐ Yes

---

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name _____<br>Street _____<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name _____<br>Street _____<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name _____<br>Street _____<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name _____<br>Street _____<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | | | |
| City        State        ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Debtor | WC Paradise Cove Marina, LP | | Case number *(if known)* | 25-11563-cgb |
|---|---|---|---|---|
| | Name | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City        State        ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |
| 25.2. | Name<br>Street<br>City        State        ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |
| 25.3. | Name<br>Street<br>City        State        ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____    To _____ |

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|

**26a.1.**

Barbara Lee
Name

814 Lavaca St.
Street

| Austin | TX | 78701 |
|---|---|---|
| City | State | ZIP Code |

From _____   To _____

06/01/2012-Present

| Name and address | | | Dates of service |
|---|---|---|---|

**26a.2.**

Jason Rogers
Name

814 Lavaca St.
Street

| Austin | TX | 78701 |
|---|---|---|
| City | State | ZIP Code |

From _____   To _____

05/31/2012-Present

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|

**26b.1.**

Name

Street

| | | |
|---|---|---|
| City | State | ZIP Code |

From _____   To _____

| Name and address | | | Dates of service |
|---|---|---|---|

**26b.2.**

Name

Street

| | | |
|---|---|---|
| City | State | ZIP Code |

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.1.**

Julia Clark & Associates, P.C.
Name
1700 West Avenue
Street

| Austin | TX | 78701 |
|---|---|---|
| City | State | ZIP Code |

_____

_____

_____

| Debtor | WC Paradise Cove Marina, LP | Case number *(if known)* | 25-11563-cgb |
| --- | --- | --- | --- |
| | Name | | |

| Name and address | | If any books of account and records are unavailable, explain why |
| --- | --- | --- |
| 26c.2. | | |
| | Name | _____ |
| | Street | _____ |
| | | _____ |
| | City                    State           ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
| --- |
| 26d.1. |
| Name |
| Street |
| |
| City                    State           ZIP Code |

| Name and address |
| --- |
| 26d.2. |
| Name |
| Street |
| |
| City                    State           ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
| --- |
| 27.1. |
| Name |
| Street |
| |
| City                    State           ZIP Code |

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

Name

Street

City        State      ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | _____ | _____ | _____ |
| Name | | | |
| Street | | _____ | |
| City   State   ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| | | _____ | |

| Debtor | WC Paradise Cove Marina, LP | Case number (if known) | 25-11563-cgb |
|--------|------------------------------|------------------------|--------------|
|        | Name                         |                        |              |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____  _____  _____ |
| Name | | _____ |
| Street | | _____ |
| City                State          ZIP Code | | _____ |
| Relationship to debtor | | _____ |
| | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/21/2025
           MM / DD  / YYYY

✘  /s/NatinPaul                                    Printed name   Natin Paul

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☐ Yes

## WRITTEN CONSENT OF THE GENERAL PARTNER
## OF WC PARADISE COVE MARINA, LP

Pursuant to and in accordance Section 5.1 of the Limited Partnership Agreement of WC PARADISE COVE MARINA, LP (the "***Partnership***") dated December 5, 2008 (the "***LP Agreement***")[1], the undersigned manager of WC PARADISE COVE MARINA GP, LLC (the "***General Partner***") of the Partnership, hereby takes action, without holding a meeting, providing notice, or taking a vote, and consents to the adoption of the following resolutions as of the date below:

**WHEREAS**, the following resolutions are being adopted by the General Partner in the name and on behalf of the Partnership, acting (i) in its own capacity, and (ii) as an officer of the Partnership (such capacities being referred to herein as the "***Applicable Capacities***"); and

**WHEREAS**, Section 5.1 of the LP Agreement provides that the business affairs of the Partnership shall be managed under the direction of the General Partner in the ordinary course of business; and

**WHEREAS**, it is desirable and in the best interest of the Partnership, its creditors, its equity holders, and other interested parties, that a petition (the "***Petition***") be filed seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "***Bankruptcy Code***") in which the authority to operate as a debtor-in-possession will be sought.

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that the General Partner finds that the execution, delivery, and filing of the Petition is necessary and convenient to the conduct, promotion, and attainment of the business and purpose of the Partnership and that the execution, delivery, and filing of the Petition, is reasonably expected to directly and indirectly benefit the Partnership and is in the best interest of the Partnership; and it is further

**RESOLVED**, that in the judgment of the General Partner, it is desirable and in the best interest of the Partnership, its creditors, its equity holders, and other interested parties, that the Petition be filed seeking relief under the provisions of Chapter 11 of the Bankruptcy Code in which the authority to operate as a debtor-in-possession will be sought, and the filing of the Petition is authorized hereby, and the Partnership shall initiate a case and proceedings; and it is further

**RESOLVED**, that the General Partner and any persons authorized by the General Partner on behalf of the Partnership (collectively, the "***Authorized Persons***" and each an "***Authorized Person***") be, and hereby are, authorized and directed, for and on behalf of the Partnership, to execute and verify the Petition in the name of the Partnership under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas, in their Applicable Capacities, and without necessity for joinder or consent of any other person, with such changes therein as such Authorized Person executing the same shall approve,

---

[1] All capitalized terms used herein and not otherwise defined shall have the same meaning as ascribed to them in the LP Agreement.

such approval to be evidenced conclusively by his or her execution and delivery of the Petition; and it is further

**RESOLVED**, that the law firm of Hayward, PLLC, 7600 Burnet Road, Ste. 530, Austin, Texas 78757 is hereby retained as attorneys for the Partnership in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the Partnership shall retain and engage other professional firms, including legal professionals, accountants, and financial advisors, as it determines to be in the best interests of the Partnership, in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the Authorized Persons, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Partnership, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Partnership's chapter 11 case (the "***Chapter 11 Case***") or the chapter 11 filings, including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to give, make, sign, execute and deliver any agreements, letters, notices, certificates, acknowledgements, receipts, authorizations, instructions, releases, waivers, proxies, appointments of agents for service of process and other documents (whether of a like nature or not) (collectively, "***Ancillary Documents***") as may in the sole opinion and absolute discretion of any Authorized Person be considered necessary or desirable for the purpose of giving effect to, consummating, completing, or procuring the performance and completion of the transactions contemplated by the foregoing resolutions, and to do all such acts and things and to agree to all fees, as might in the sole opinion and absolute discretion of any Authorized Person be necessary or desirable for the purposes aforesaid; and it is further

**RESOLVED**, the Ancillary Documents be in such form as any Authorized Person shall in such Authorized Person's absolute discretion and sole opinion approve, the signature of such Authorized Person on any of the Ancillary Documents being due evidence for all purposes of such Authorized Person's approval of the terms thereof on behalf of the Partnership; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person or any partner of the Partnership in the name and on behalf of the Partnership in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and it is further

      **RESOLVED**, that any or all of the foregoing resolutions may be executed in any number of counterparts, and transmitted by facsimile or in portable document format (.pdf), each of which when executed shall have the same force and effect as an original instrument, and all of which shall together constitute one and the same instrument.

<div align="center">[SIGNATURES ON FOLLOWING PAGE]</div>

WC Paradise Cove Marina, LP Resolutions

IN WITNESS WHEREOF, the undersigned has executed this Consent, effective as of the date below.

**GENERAL PARTNER:**

WC PARADISE COVE MARINA GP, LLC,
a Delaware limited liability company

By: _____
Name: Natin Paul
Title: Manager

Effective as of October 7, 2025.

WC Paradise Cove Marina, LP Resolutions