**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | Case No. 25-11563 |
| | § | |
| **WC PARADISE COVE MARINA, LP** | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF CANCELLATION OF FORECLOSURE SALE

Paragraph 9 of the *Stipulation and Agreed Order Resolving AC VIP PC Marina Debt, LLC's Expedited Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d) and Emergency Motion to Compel Production of Documents* [Docket No. 31] (the "***Stipulation and Agreed Order***"), provides:

> Debtor shall pay the insurance renewal premium for the Debtor's current property insurance on the Property through January 6, 2026 before the renewal period on November 20, 2025, and shall provide written proof of payment of the insurance renewal prior to November 20, 2025. If Debtor complies with the obligations in the prior sentence, the Lender will file a notice of cancellation of the foreclosure sale scheduled for December 2, 2025 within one business day of notice.

Pursuant to the foregoing paragraph AC VIP PC Marina Debt, LLC ("***AC VIP***") hereby files this Notice of Cancellation of Foreclosure Sale.

**PLEASE TAKE NOTICE THAT** on November 10, 2025, AC VIP posted a Notice of Substitute Trustee's Sale to sell the real property, improvements, and personal property described in the Deed of Trust (as defined in the Stipulation and Agreed Order) at a nonjudicial foreclosure sale to occur on December 2, 2025. On November 11, 2025, AC VIP served notice of such nonjudicial foreclosure sale on WC Paradise Cove Marina, LP (the "***Debtor***"), Debtor's counsel, Natin Paul, and Crestone Property Group, LLC, pursuant to Tex. Prop. Code Ann. § 51.001 *et seq*.

**PLEASE TAKE FURTHER NOTICE THAT** on November 19, 2025, AC VIP received written proof of payment of the insurance renewal premium required by paragraph 9 of the Stipulation and Agreed Order.

**PLEASE TAKE FURTHER NOTICE THAT** the foreclosure sale scheduled for December 2, 2025 is hereby cancelled. AC VIP reserves all rights under the Stipulation and Agreed Order, the Loan Documents (as defined in the Stipulation and Agreed Order) and applicable law.

1

18011282

Dated: November 20, 2025

>Respectfully submitted,
>
>*/s/ Eric M. English*
>Eric M. English (TX 24062714)
>**Porter Hedges LLP**
>1000 Main Street, 36th Floor
>Houston, Texas 77002
>Telephone: (713) 226-6000
>Fax: (713) 226-6248
>eenglish@porterhedges.com
>
>*Attorney for AC VIP PC Marina Debt, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that this Notice of Hearing was electronically filed and served on the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District and on the attached service list on November 20, 2025.

>*/s/ Eric M. English*
>Eric M. English