**The relief described hereinbelow is SO ORDERED.**

**Signed December 03, 2025.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 25-11563-CGB |
| **WC PARADISE COVE MARINA, L.P.,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER APPROVING EMPLOYMENT OF HAYWARD PLLC
AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR**

CAME ON for consideration, the Application of WC Paradise Cove Marina, L.P. (the "Debtor") pursuant to Local Bankruptcy Rule 2014(c) and pursuant to 11 U.S.C. § 327(a) for approval of employment of Hayward PLLC as general bankruptcy counsel for the Debor. The Court, having reviewed the Application and finding no objection thereto, hereby grants the application. It is therefore;

**ORDERED** that Hayward PLLC ("Hayward") is employed as general bankruptcy counsel for the Debtor pursuant to 11 U.S.C. § 327(a) as of October 7, 2025; it is further;

**ORDERED** that the terms of Hayward's compensation and expense reimbursement are approved, subject to filing of fee applications pursuant to 11 U.S.C. § 330 and 331 as required if payments are made from estate funds, and the continuing disclosure requirements of Bankruptcy Rule 2016 for all payments, including payments from third parties.

# # # END OF ORDER # # #

*Order Prepared By:*

**HAYWARD PLLC**

Ron Satija
State Bar No. 24039158
7600 Burnet Road, Suite 530
Austin, TX 78757
(737) 881-7100 (Phone/Fax)
rsatija@haywardfirm.com

***Proposed Attorneys for***
***WC Paradise Cove Marina, L.P.***