

**WM Capital Partners**
1111 W 6th St
Bldg A, Ste 410
Austin, TX 78703

## Summary of Proposed Non-Binding Terms and Conditions
### 11/25/2025

The following terms and conditions ("Term Sheet") are intended to outline the proposed transaction between WC Paradise Cove Marina, LP (the "Borrower") and WM Capital Partners, LLC ("WM" or "Lender").

| | |
|---|---|
| **Borrower:** | WC Paradise Cove Marina, LP |
| **Guarantors:** | Loan shall be guaranteed by (i) Nate Paul and (ii) other relevant ownership and/or management entities. |
| **Lender:** | WM Capital Partners, LLC and/or their subsidiaries and/or affiliates ("WM" or "Lender"). |
| **Transaction:** | Transaction will be a Loan to WC Paradise Cove Marina, LP secured by a first lien on the Property. |
| **Property:** | The fee simple interest at 17141 Rocky Ridge Road, Austin, TX, 78734, known as "Paradise Cove Marina"; including all 267 +/- acres and all submerged acreage owned by the Borrower. Subject to title search, legal description review, and property survey review. |
| **Collateral:** | Loan shall be secured by (i) a first lien on the Property and (ii) a senior pledge of the equity interests in the relevant ownership and/or management entities. |
| **Structure/Security:** | Structure to include a mortgage/deed of trust, senior pledge of membership interests of the borrower's GP entity, a deed in lieu of foreclosure, and a dismissal order prohibiting the Borrower from re-filing for bankruptcy protection. |
| **Loan Amount:** | $6,000,000 |
| **Interest Rate:** | 14.5%, comprised of a minimum 7.0% current interest paid monthly and the remaining interest paid-in-kind ("PIK interest") accrued and compounded monthly. The exact split of current interest and PIK interest will be determined at closing and shall sum to 14.5%. For the avoidance of doubt, the monthly interest will be calculated based on the Loan Amount and Interest Reserve balances. |
| **Interest Reserve:** | Approximately $420,000 of additional proceeds will be advanced by Lender to pre-fund Borrower Cash Interest Reserve account ("Reserve") held at Lender's bank. Initial funded Reserve balance will accrue and capitalize interest each month at the same Interest Rate to be repaid with Loan at maturity. Borrower will not be required to replenish Reserve account. |

This proposal is for discussion purposes only and is not intended to be, and does not constitute, an offer, commitment or agreement of any kind on the part of the Lender to provide the financing described herein. Any offer, commitment, obligation or agreement of the Lender will only arise upon the Lender receiving internal committee approval and the entering into of definitive loan documents signed by an authorized signatory of the enders and not from statements (oral or written) made during the course of discussions among the parties.



WM Capital Partners
1111 W 6th St
Bldg A, Ste 410
Austin, TX 78703

| | |
|---|---|
| Minimum Payment: | The Loan is subject to a minimum term of 18 months; provided, however, that the Borrower may repay the Loan early by paying to Lender an amount (the "Prepayment Fee") obtained by determining the net present value of all remaining scheduled interest payments calculated using a discount rate equivalent to 7.0%. |
| Origination Fee: | 1.0% of the Loan Amount and Interest Reserve, $64,200, paid at Closing. |
| Exit Fee: | 1.0% of the Loan Amount and Interest Reserve, $64,200, paid at Loan repayment. |
| Maturity Date: | 24 months from the Closing of Loan. |
| Extension Option: | One, 12-month extension option with an Extension Fee of 1.0% of the Loan Amount and Interest Reserve ($64,200) to be paid at the Extension, provided that (i) all current interest is paid at initial maturity, (ii) Borrower has made a payment bringing the then-outstanding loan balance (inclusive of outstanding accrued PIK interest and fees) to $6,000,000, and (iii) Borrower funds of an interest reserve, subject to Lender's review of collateral performance.  The Extension Option is subject to Collateral re-evaluation and is at Lender's sole discretion. |
| Anticipated Closing Date: | On or before December 12, 2025. |
| Guaranty: | Guarantors shall provide for a full repayment guaranty. |
| Legal Expenses: | Borrower is responsible for paying all Legal Expenses incurred by the Lender relating to the Transaction at the Closing of Loan. |
| Legal Deposit: | Borrower to fund Legal Deposit of $15,000 prior to commencement of legal diligence and documentation.  Should the Legal Deposit fall below 50.0% of the initial amount as a result of legal fees incurred by Lender, Borrower must replenish the Legal Deposit to the original amount funded upon Lender's written request.  Any amounts not used will be credited or returned to Borrower at Closing of Loan. |
| Borrower and Guarantor Reporting Requirements: | The definitive Loan documents shall contain the Lender's standard reporting requirements for the Borrower and Guarantor. |
| Borrower Representations and Warranties: | Borrower's representations and warranties shall be usual and customary for transactions of this type. |
| Transferability: | No transfer of any direct legal or beneficial interest in WC Paradise Cove Marina, LP, other relevant ownership and/or management entities, or ownership of the Property (or any portion thereof) will |

2

This proposal is for discussion purposes only and is not intended to be, and does not constitute, an offer, commitment or agreement of any kind on the part of the Lender to provide the financing described herein.  Any offer, commitment, obligation or agreement of the Lender will only arise upon the Lender receiving internal committee approval and the entering into of definitive loan documents signed by an authorized signatory of the enders and not from statements (oral or written) made during the course of discussions among the parties.



**WM Capital Partners**
1111 W 6th St
Bldg A, Ste 410
Austin, TX 78703

be permitted without the written approval of the Lender in their sole discretion.

No Other Financing:     No other financing (whether senior or subordinate) or similar encumbrances on the Property and Borrower will be allowed either on a secured or unsecured basis without Lender's approval, other than ordinary course trade payables.

Events of Default:     Customary for transactions of this size and type, including without limitation: failure to make payments when due; breach of covenants; breach of representations and warranties or guarantees; bankruptcy/insolvency; and judgments and attachments with customary limits and grace periods.

Conditions to Execution of Loan Documents:     Includes but not limited to:

a)  Completion of all due diligence with respect to the Borrower and Guarantor, and the Property in scope satisfactory to the Lender;

b)  Satisfactory review of the Property;

c)  Receipt, review and approval of Borrower and Guarantor financial statements;

d)  Full UCC, bankruptcy and judgment searches, evidence of current status of liens and assessments;

e)  Satisfactory review of third-party reports, including, but not limited to property inspection report and property appraisal;

f)  Organizational documents, consents and other authorizations;

g)  There shall not have occurred a material adverse change in the business, assets, operations, condition (financial or otherwise) or prospects of the Borrower and Guarantor, the facts and information regarding such entities as represented to date, or the financial, banking or capital market conditions generally;

h)  Lender's investment committee approval; and

i)  Other normal and customary conditions that may be required by the Lender in its sole and absolute discretion.

Commissions:     Borrower and Guarantor each represent and warrant to the Lender that there is no broker or finder in connection with the Loan and

3

This proposal is for discussion purposes only and is not intended to be, and does not constitute, an offer, commitment or agreement of any kind on the part of the Lender to provide the financing described herein.  Any offer, commitment, obligation or agreement of the Lender will only arise upon the Lender receiving internal committee approval and the entering into of definitive loan documents signed by an authorized signatory of the enders and not from statements (oral or written) made during the course of discussions among the parties.



Borrower and Guarantor (jointly and severally) and agrees to indemnify, defend, protect and hold Lender harmless from any commissions, finder's fees or similar payments which may be claimed to be due.

**IN WITNESS WHEREOF**, the parties hereto have executed this Term Sheet as of the date and year first above written.

WC PARADISE COVE MARINA, LP

By: _____

Name:  Nate Paul
Title:  President

WM CAPITAL PARTNERS, LLC

By: _____

Name: MICHAEL OBRIEN
Title: HEAD OF ACQUISITIONS

This proposal is for discussion purposes only and is not intended to be, and does not constitute, an offer, commitment or agreement of any kind on the part of the Lender to provide the financing described herein.  Any offer, commitment, obligation or agreement of the Lender will only arise upon the Lender receiving internal committee approval and the entering into of definitive loan documents signed by an authorized signatory of the enders and not from statements (oral or written) made during the course of discussions among the parties.