## Exhibit B

| Sources and Uses | | | |
|---|---|---|---|
| Loan Funding | $ | 6,420,000.00 | |
| | | | |
| AC VIP Marina Debt | $ | 5,623,515.68 | Per Agreed order on Stay and Compel |
| Johnson & Starr Payoff | $ | 77,418.16 | Need to request updated payoff for closing |
| 2024 Property Taxes | $ | 75,903.68 | 2025 Property Tax Invoices |
| 2025 Property Taxes | $ | 58,058.85 | 2025 Property Tax Invoices |
| Borrower Legal | $ | TBD | |
| UST Fees | $ | 52,000.00 | Subject to Confirmation |
| Interest Reserve | $ | 420,000.00 | |
| Loan Origination Fee | $ | 64,200.00 | |
| Lender Legal | $ | 35,000.00 | |
| Total | $ | 6,406,096.37 | As of 12.12.25 |
| | | | |
| Net Proceeds | $ | 13,903.63 | |