**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WC PARADISE COVE MARINA, LP | ) | Case No. 25-11563-CGB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR EXPEDITED HEARING ON**
**JANUARY 7, 2026, AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

WC Paradise Cove Marina, L.P. (the "Debtor") reserves the right to call any or all of the following as witnesses at the above-referenced hearing, including, but not limited to, by affidavit, declaration, or proffer.

1. Sheena Paul, Debtor's Representative;

2. Any witness called or designated by any other party; and

3. Any rebuttal or impeachment witnesses, as appropriate.

The Debtor reserves all rights to introduce and/or request judicial notice of any or all of the following exhibits as evidence at the hearing, each as may be amended, and expressly including any filed responses thereto, and any exhibits, schedules, addenda, and any and all other attachments or amendments thereto:

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1. | Promissory Note | | |
| 2. | Order (I) Authorizing the Debtor to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative Expense Claims, and (C) Utilizing Cash Collateral; (II) Modifying the Automatic Stay; and (III) Granting Related Relief | | |
| | Any document or pleading entered or filed in the above-styled bankruptcy case, including any exhibits hereto. | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes. | | |
| | Any exhibit identified or offered by any other party at the hearing. | | |

The Debtor reserves the right to supplement or amend the proposed exhibits as may be required. The Debtor further reserves the right to introduce any impeachment or rebuttal exhibits as may be required. The Debtor further reserves the right to call any witness introduced by any other party and to call any impeachment or rebuttal witness as may be required.

Dated: January 2, 2026

/s/ *Ron Satija*
HAYWARD PLLC
Ron Satija (TX Bar No. 24039158)
7600 Burnet Rd., Suite 530
Austin, TX 78757
Telephone: (737) 881-7102
Email: rsatija@haywardfirm.com

*Counsel for Debtor and Debtor in Possession*

## Certificate of Service

       This is to certify that on January 2, 2026, a true and correct copy of the foregoing was served via the CM/ECF notification system for the Western District of Texas to all parties requesting service thereby. Additionally, on the same date, or within one business day thereafter, the foregoing without exhibits was served via U.S. First Class Mail on the parties on the attached creditor matrix as required.

                                              */s/ Ron Satija*
                                              Ron Satija