| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 25-11563-cgb<br>Western District of Texas<br>Austin<br>Fri Jan  2 15:30:59 CST 2026 | WC Paradise Cove Marina, LP<br>814 Lavaca Street<br>Austin, TX 78701-2316 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| AC VIP Marina Debt<br>1119 Marina Point Drive<br>Strawn, TX 76475-2345 | AC VIP Marina Debt, LLC<br>c/o Eric M. English<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-6341 | AC VIP PC Marina Debt, LLC<br>c/o Porter Hedges LLP<br>Eric M. English<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 |
| (p)CITY OF AUSTIN   AUSTIN ENERGY<br>ATTN COLLECTIONS DEPARTMENT<br>4815 MUELLER BLVD<br>AUSTIN TX 78723-3573 | Good Guard Security<br>21622 Plummer St<br>Los Angeles, CA 91311-4162 | Lower Colorado River Authority (LCRA)<br>P.O. Box 301142<br>Dallas, TX 75303-1142 |
| Marina Association of Texas<br>P.O. Box 490<br>La Vernia, TX 78121-0490 | Prime Dock Supplies<br>5115 Hudson Ben Road<br>Austin, TX 78734-1226 | Reliable Boat Sales<br>PO Box 5466<br>Lago Vista, TX 78645-0022 |
| Spectrum Business<br>1912 Western Justice<br>Leander, TX 78641-8767 | Spillar Lakefront Services LLC<br>PO Box 60074<br>City of Industry, CA 91716-0074 | Texas Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Disposal Systems<br>PO Box 660816<br>Dallas, TX 75266-0816 | Travis County WCID #17<br>3812 Eck Lane<br>Austin, TX 78734-1613 | Travis County c/o Jason A. Starks<br>P.O. Box 1748<br>Austin, Texas 78767-1748 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | WM Capital Partners, LLC<br>c/o Jennifer F. Wertz<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701-4042 | Webself Storage (EMOVE)<br>2727 N. Central Ave.<br>Phoenix, AZ 85004-1120 |
| Zakree Parks Chapman<br>610 Rolling Brook Lance<br>Cedar Park, TX 78613-4534 | Ron Satija<br>Hayward PLLC<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757-1269 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Austin<br>Att: Bankruptcy<br>4815 Mueller Blvd.<br>Austin, TX 78723 | (d)City of Austin<br>PO Box 2267<br>Austin, TX 78783 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |